**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District Of Florida

Case number (*If known*): 16-26663-BKC-AJC

Chapter you are filing under:
- ❑ Chapter 7
- ❑ Chapter 11
- ❑ Chapter 12
- ❑ Chapter 13

❑ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Juan <br> First name <br><br> C. <br> Middle name <br><br> Morales <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | Mirtha <br> First name <br><br> _____ <br> Middle name <br><br> Morales <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | Juan <br> First name <br><br> Carlos <br> Middle name <br><br> Morales <br> Last name <br><br> _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2  0  2  0 <br> OR <br> **9** xx – xx – ____ ____ ____ | xxx – xx – 0  3  8  5 <br> OR <br> **9** xx – xx – ____ ____ ____ |

Debtor 1    Juan C. Morales
_____
First Name        Middle Name        Last Name

Case number (if known) 16-26663-BKC-AJC

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>J.C. & C. ALF, LLC<br>Business name<br><br>_____<br>Business name<br><br>4 5 – 2 0 9 0 1 3 9<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |
| **5. Where you live** | 680 West 15 Street<br>Number        Street<br><br>_____<br><br>Hialeah                FL        33010<br>City                State    ZIP Code<br><br>MIAMI-DADE<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number        Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number        Street<br><br>_____<br><br>_____<br>City                State    ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number        Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ |

| Debtor 1 | Juan C. Morales | | Case number *(if known)* 16-26663-BKC-AJC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box.

❑ Chapter 7

☒ Chapter 11

❑ Chapter 12

❑ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

❑ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

❑ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

**11. Do you rent your residence?**

☒ No. Go to line 12.

❑ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

❑ No. Go to line 12.

❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Juan C. Morales
_____
First Name    Middle Name    Last Name

Case number (if known) 16-26663-BKC-AJC

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

J.C. & C. ALF, LLC
_____
Name of business, if any

680 West 15 Street
_____
Number    Street

_____

Hialeah _____ FL ____ 33010 _____
City    State    ZIP Code

*Check the appropriate box to describe your business:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____
City    State    ZIP Code

---

Debtor 1    Juan C. Morales
　　　　　First Name　　Middle Name　　　　Last Name

Case number (if known) 16-26663-BKC-AJC

---

**Part 5:**　**Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

　　☐ **Incapacity.**　I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　　☐ **Disability.**　My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　　☐ **Active duty.**　I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

　　☐ **Incapacity.**　I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　　☐ **Disability.**　My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　　☐ **Active duty.**　I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Juan C. Morales | | Case number (if known) 16-26663-BKC-AJC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ s/Juan C. Morales_____        ✗ s/Mirtha Morales_____
Signature of Debtor 1                                Signature of Debtor 2

Executed on  12/19/2016_____                     Executed on  12/19/2016_____
MM / DD / YYYY                                       MM / DD / YYYY

Debtor 1    Juan C. Morales _____    Case number (if known) 16-26663-BKC-AJC
            First Name    Middle Name    Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**✗** s/ _____    Date    12/19/2016 _____
Signature of Attorney for Debtor                                 MM  /  DD  / YYYY


Richard Siegmeister _____
Printed name

Richard Siegmeister P.A. _____
Firm name

One Plaza Brickell, Suite 304, 1800 S.W. 1 Avenue _____
Number    Street

_____

Miami _____    FL _____    33129-1180 _____
City                                        State       ZIP Code


Contact phone  (305) 859-7376 _____    Email address  rspa111@att.net _____


0700975 _____    FL _____
Bar number                                      State

**Fill in this information to identify your case:**

Debtor 1     Juan C. Morales
             First Name          Middle Name          Last Name

Debtor 2     Mirtha Morales
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     Southern District Of Florida

Case number     16-26663-BKC-AJC
(If known)

☐ Check if this is an
  amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ s/Juan C. Morales                              ✗ s/Mirtha Morales
  Signature of Debtor 1                              Signature of Debtor 2

Date 12/19/2016                                   Date 12/19/2016
     MM / DD / YYYY                                    MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    Juan C. Morales
_____
First Name        Middle Name        Last Name

Debtor 2    Mirtha Morales
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: ____ Southern District Of Florida ____

Case number    16-26663-BKC-AJC
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  |  | Unsecured claim |
|---|---|---|

**1**

MERFE CONSTRUCTION CORP.
_____
Creditor's Name

4951 S.W. 132 Avenue
_____
Number        Street

Miami                    FL          33175
_____
City                    State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _See Attachment 1_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

$ 500,000.00

**2**

Margab Investors, Inc.
_____
Creditor's Name

c/o Roberto M. Ureta, Esquire
_____
Number        Street

9300 South Dadeland Boulevard, 4 Floor
_____

Miami                    FL          33156
_____
City                    State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _See Attachment 2_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

$ 250,000.00

Debtor 1    Juan            C.            Morales                    Case number (if known)  16-26663-BKC-AJC
           First Name     Middle Name    Last Name

| | | **Unsecured claim** |
|---|---|---|

**3** Federal National Mortgage Association
Creditor's Name

7130 Goodlett Farms Parkway
Number        Street

Cordova            TN        380116
City               State     ZIP Code

Contact

Contact phone

What is the nature of the claim?  See Attachment 3

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

$ 221,000.00

---

**4** Bank Of America
Creditor's Name

Po Box 982238
Number        Street

El Paso            TX        79998
City               State     ZIP Code

Contact

(800) 421-2110
Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

$ 8,320.00

---

**5** Citibank/The Home Depot
Creditor's Name

Po Box 6497
Number        Street

Sioux Falls        SD        57117
City               State     ZIP Code

Contact

(800) 846-8444
Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

$ 1,427.00

---

**6** Citibank Sears
Creditor's Name

Po Box 6189
Number        Street

Sioux Falls        SD        57117
City               State     ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

$ 1,200.00

---

**7** Amex
Creditor's Name

Po Box 297871
Number        Street

Fort Lauderdale    FL        33329
City               State     ZIP Code

Contact

(800) 874-2717
Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

$ 1,083.00

---

Debtor 1  Juan          C.            Morales                     Case number *(if known)*  16-26663-BKC-AJC
          First Name    Middle Name   Last Name

|  | | Unsecured claim |
|---|---|---|

**8**  SYNCB/BRMart
Creditor's Name

C/o Po Box 965036
Number          Street

What is the nature of the claim? _____    $ 657.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Orlando          FL          32896
City             State       ZIP Code

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Contact
                                Value of security:  – $ _____
(866) 396-8254
Contact phone                   Unsecured claim     $ _____

---

**9**  Synchrony Bank/Amazon
Creditor's Name

Po Box 965015
Number          Street

What is the nature of the claim? _____    $ 200.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Orlando          FL          32896
City             State       ZIP Code

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Contact
                                Value of security:  – $ _____
(866) 634-8379
Contact phone                   Unsecured claim     $ _____

---

**10**  Chase Card
Creditor's Name

Po Box 15298
Number          Street

What is the nature of the claim? _____    $ 181.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Wilmington       DE          19850
City             State       ZIP Code

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Contact
                                Value of security:  – $ _____
(800) 432-3117
Contact phone                   Unsecured claim     $ _____

---

**11**  Synchrony Bank/Chevron
Creditor's Name

Po Box 965015
Number          Street

What is the nature of the claim? _____    $ 165.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Orlando          FL          32896
City             State       ZIP Code

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Contact
                                Value of security:  – $ _____
(800) 243-8766
Contact phone                   Unsecured claim     $ _____

---

**12**  Citibank / Sears
Creditor's Name

Po Box 6283
Number          Street

What is the nature of the claim? _____    $ 111.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Sioux Falls      SD          57117
City             State       ZIP Code

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Contact
                                Value of security:  – $ _____
(800) 917-7700
Contact phone                   Unsecured claim     $ _____

| Debtor 1 | Juan | C. | Morales | Case number *(if known)* 16-26663-BKC-AJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Unsecured claim** |
|---|---|---|

**13** | Synchrony Bank/Lowes
Creditor's Name

Po Box 965005
Number        Street

_____

Orlando                    FL            32896
City                           State       ZIP Code

_____
Contact

(800) 444-1408
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

$ 66.00

---

**14** | Target
Creditor's Name

Po Box 673
Number        Street

_____

Minneapolis            MN            55440
City                           State       ZIP Code

_____
Contact

(888) 755-5856
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

$ 63.00

---

**15** | Sanchez and Son, Inc.
Creditor's Name

d/b/a Sanchez and Son Investment
Number        Street

501 N.E. 1 AVenue #200

Miami                      FL            33132
City                           State       ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

$ Unknown

---

**16** | Jose Raul Peruyera and Glorida Peruyera
Creditor's Name

1105 S.W. 87 avenue
Number        Street

_____

Miami                      FL            33174
City                           State       ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** See Attachment 4

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

$ Unknown

---

**17** | Centro Evangelistico Lo Roca, Inc.
Creditor's Name

c/o Pastor David Bonilla Registered Agent
Number        Street

9725 S.W. 85 Street

Miami                      FL            33173
City                           State       ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** See Attachment 5

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

$ Unknown

---

Debtor 1   Juan   C.   Morales
         First Name   Middle Name   Last Name

Case number (if known)   16-26663-BKC-AJC

| | Unsecured claim |
|---|---|

**18**

Josefa Rodriguez
Creditor's Name

4524 S.W. 128 Place
Number       Street

Miami        FL        33175
City         State     ZIP Code

Contact

Contact phone

What is the nature of the claim?   See Attachment 6

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim   $_____

$ Unknown

---

**19**

Chase Card Services
Creditor's Name

Po Box 15298
Number       Street

Wilmington   DE        19850
City         State     ZIP Code

Contact

(800) 432-3117
Contact phone

What is the nature of the claim?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim   $_____

$ -1.00

---

**20**

Creditor's Name

Number       Street

City         State     ZIP Code

Contact

Contact phone

What is the nature of the claim?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim   $_____

$_____

---

**Part 2:**   **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

**✗** s/Juan C. Morales
Signature of Debtor 1

Date   12/19/2016
       MM / DD / YYYY

**✗** s/Mirtha Morales
Signature of Debtor 2

Date   12/19/2016
       MM / DD / YYYY

Attachment
Debtor: Juan C. Morales        Case No: 16-26663-BKC-AJC

1.        Lawsuit 08-40150 Eleventh Circuit, Miami-Dade County, Florida action claiming
          creach of contract, conveyence, debt and other relief.

2.        Crossclaim in lawsuit 08-01405  pending in the Circuit Court, Miami-Dade County,
          Florida

Attachment 3

          Foreclaoure of loan on real property.Case no. 09-4100, Circuit Court Miami-Dade
          county, Flroida  judgment and sale deficiency.

Attachment 4

          disputed claim from business trnasaction

Attachment 5

          Disputed claim resulted from bsuiness transaction

Attachment 6

          Possible claimresulting from business transaction

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bank Of America
Po Box 982238
El Paso, TX 79998

Centro Evangelistico Lo Roca,
Inc.
c/o Pastor David Bonilla
Registered
9725 S.W. 85 Street
Miami, FL 33173

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Po Box 15298
Wilmington, DE 19850

Citibank / Sears
Po Box 6283
Sioux Falls, SD 57117

Citibank Sears
Po Box 6189
Sioux Falls, SD 57117

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117

Federal National Mortgage
Associati
7130 Goodlett Farms Parkway
Cordova, TN 380116

Jose Raul Peruyera and Glorida
Peru
1105 S.W. 87 avenue
Miami, FL 33174

Josefa Rodriguez
4524 S.W. 128 Place
Miami, FL 33175

Law Office Of Michael Garcia
Petit,
14100 Palmetto Lakes Frontage
Road,
Miami Lakes, FL 33016

Margab Investors, Inc.
c/o Roberto M. Ureta, Esquire
9300 South Dadeland Boulevard,
4 Fl
Miami, FL 33156

MERFE CONSTRUCTION CORP.
4951 S.W. 132 Avenue
Miami, FL 33175

Regions Bank
c/o Leslie S. Whit, Esquire
P.O. Box 3146
Orlando, FL 32802

Renato  Perez, Esquire
Law Offices of Perez & Perez

Sanchez and Son, Inc.
d/b/a Sanchez and Son
Investment
501 N.E. 1 AVenue #200
Miami, FL 33132

Shapiro & Fishman, LLP
2424 North Federal highway,
Suite 3
Boca Raton, Flrodia 33431

SYNCB/BRMart
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/Amazon
Po Box 965015
Orlando, FL 32896

Synchrony Bank/Chevron
Po Box 965015
Orlando, FL 32896

Synchrony Bank/Lowes
Po Box 965005
Orlando, FL 32896

Target
Po Box 673
Minneapolis, MN 55440

Thimas Payne, Esquire

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**

In re:  **Juan C. Morales and Mirtha Morales**

Case No.  **16-26663-BKC-AJC**

Chapter  **11**

**Debtors**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **December 19, 2016**

Signed:  **s/Juan C. Morales**

Dated:  **December 19, 2016**

Signed:  **s/Mirtha Morales**