**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**                                                                                    Case No.  16-26663-BKC-AJC
    **JUAN C. MORALES**                                             Chapter 11
    **MIRTHA MORALES**
        **debtors.**
_____/

**DEBTORS' MOTION FOR EXTENSION OF TIME**
**TO CURE FILING DEFICIENCIES**

    The debtors JUAN C. MORALES and MIRTHA MORALES by and through undersigned counsel and files this their Motion for Extension of Time to Cure Filing Deficiencies, and in support thereof would state as follows:

    1.  This case was filed on the 17th day of December 2016.

    2.  The undersigned a sole practitioner has a heavy work load, the United States Trustee's additional document requests, and the end of year holidays is in need of additional time to file Schedules, Statement of Financial Affairs, and other required documents.

    3.  The court has the authority to grant the relief requested pursuant to The Bankruptcy Rules of Procedure, Rule 9006(b)(1) Enlargement.

    4.  The granting of the relief requested will prejudice no party hereto.

    WHEREFORE, the debtors JUAN C. MORALES and MIRTHA MORALES pray this honorable Court will grant an extension of time to file Schedules, Statement of Financial Affairs, and other required documents to the 17th  day of Janaury 2017 and issue any other order the court deems appropriate under the facts and circumstances herein.

    RESPECTFULLY SUBMITTED, in the Southern District of Florida, Miami Division on this 3rd  day of Janaury 2017.

/S/
Richard Siegmeister, Esquire
Richard Siegmeister, P.A.
Attorneys for JUAN C. MORALES
     and MIRTHA MORALES
One Plaza Brickell, Suite 304
1800 S.W. 1 Avenue
Miami  Florida 33129-1180
Fla Bar No 0700975
Telephone: (305) 859-7376
rspa111@att.net
rspalaw@att.net

Z:\MyFiles\Data - Old\BANKRDTR\Morales, Juian & Mirtha\10103 Motion for Extension of Time to File Documents.wpd