**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                          Case No. **16-26663-BKC-AJC**
                                                                                                Chapter **11**

**Juan C. Morales and Mirtha Morales**

_____Debtor_____/

# DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

_____   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

_____   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____   Copies of all payment advices **are not** attached because the debtor:
   ___ receives disability payments
   ___ is unemployed and does not receive unemployment compensation
   ___ receives Social Security payments
   ___ receives a pension
   ___ does not work outside the home
   ___ is self employed and does not receive payment advices

**X**      None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
            Explain: **All income to debtor directed deposited** _____

**Joint Debtor (if applicable):**

_____   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

_____   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

  **X**    Copies of payment advices **are not** attached because the joint debtor:
        \_\_\_receives disability payments
        **X** is unemployed and does not receive unemployment compensation
        \_\_\_receives Social Security payments
        \_\_\_receives a pension
        \_\_\_does not work outside the home
        \_\_\_is self employed and does not receive payment advices

\_\_\_\_\_ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

**s/**_____       Date: **January 17, 2017**
Signature of Attorney or Debtor

**s/Mirtha Morales**_____       Date: **January 17, 2017**
Signature of Joint Debtor, if applicable