**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  Case No.**16-26663-BKC-AJC**
**JUAN  C. MORALES**
**MIRTHA MORALES**  Chapter **11**
           Debtor          /

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtors-in-Possession [Trustee], JUAN  C. MORALES and MIRTHA MORALES, files this their Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. This case was filed on the 17th day of December 2016 as a joint indivudal case under Chapter 11 (ECF 1).

2. Names, case numbers and dates of filing of related debtors: **None**

3. Description of debtor's business: **Juan C. Morales debtor is employed as a licensed practical nurse and is the owner of an adult living facility (ALF).  Mirtha Morales is not employed but assists Mr. Morales with the ALF.**

4. Locations of debtor's operations and whether the business premises are leased or owned: **In Mr. Morales work as LPN hi visits various facilities.  The ALF is located on owned premises.**

5. Reasons for filing chapter 11: **Mirtha Morales became in involved in personal investments.  One of which failed an action was filed resulting in a judgment against her.  Further resulting in actions drew in her family including Juan Morales and their children, resulting in a judgment and attempt to liquidate their assets.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **The debtors are individuals.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **one hudnred seven thousand five hundred forty eight dollars ($107,548.00), for the year 2105 the latest personal tax return filed.**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: **None**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **none**

      c.  Amount of unsecured claims: **The debtor scheduled unsecured claims as of the filing of the this case in the total amount of $763,472.00.**

9. General description and approximate value of the debtor's assets: **The debtors' assets the ALF owned real property and two condominium units valued at approximately $383,000.00, going concern value of the ALF currently unknown.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; **All properties and insurable interests are insured.  Copies of the policies have been provided to the United States Trustee.  The debtor will be adding the Office of the United States Trustee to each policy for notification.**

11. Number of employees and amounts of wages owed as of petition date: **The debtors have no employees.**

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **None.**

13. Anticipated emergency relief to be requested within 14 days from the petition date: **None**

      /S/
Juan Carlos Morales

      /S/
Mirtha Morales

      /S/
Richard Riegmeister, Esquire
Richard Siegmeister P.A.
Attorneys for JUAN CARLOS MORALES
    and MIRTHA MORALES
One Plaza Brickell, Suite 304
1800 S.W. 1 Avenue
Miami, Florida   33129-1180
Fla. Bar No. 0700975
Tel. 305 859-7376
Fax: 305 859-7378
Email   rspa111@att.net
        rspalaw@att.net