

**ORDERED in the Southern District of Florida on January 19, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                    Case No. 16-26663-BKC-AJC
    JUAN C. MORALES                        Chapter 11
    MIRTHA MORALES
        debtors.
_____/

### ORDER APPROVING EMPLOYMENT OF DEBTOR-IN-POSSESSION'S ATTORNEY

THIS CAUSE came on before the Court at 11:30 a.m., on the 18th day of January 2017 upon the application of debtor-in-possession for authority to retain an attorney, and upon the Affidavit of Richard Siegmeister, Esquire, Richard Siegmeister, P.A., One Plaza Brickell, Suite 304, 1800 S.W. 1 Avenue, Miami, Florida   33129-1180.   Upon the representations that Richard Siegmeister, Esquire, is duly admitted to The Florida Bar and licensed to practice in this Court, that Richard Siegmeister, P.A. holds no interest adverse to the estate in the matters upon which it is engaged, that Richard Siegmeister, Esquire, is a disinterested person as required 11 U.S.C. § 327(a), and has disclosed any connections with parties set forth in FRBP 2014, and that his employment is necessary and would be in the best interest of the estate, it is

**ORDERED** that the debtor-in-possession is authorized to retain Richard Siegmeister,

Esquire, of the law firm of Richard Siegmeister, P.A., on a general retainer, pursuant to 11 U.S.C. §327 and 330.

                    #                  #                  #

Submitted by:
    Richard Siegmeister, Esquire
    rspa111@att.net

Copies to:
Debtor
Attorney for Debtor
U.S. Trustee
Attorney for Creditor's Committee or if none, 20 largest unsecured creditors and All appearances.

Z:\MyFiles\Data - Old\BANKRDTR\Morales, Juian & Mirtha\BKC Drafts, Petition, Pleadings\161222  Attorney Emplyment Order.wpd