# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## _____ DIVISION

IN RE:  }  CASE NUMBER: 16-2663-AJC
 }
    JUAN CARLOS MORALES }
    MIRTHA MORALES }  JUDGE A. JAY CRISTOL
 }
DEBTOR.  }  CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 12/17/2016 **TO** 12/31/2016

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

_____
Attorney for Debtor

Debtor's Address and Phone Number:
680 West 15 Street
Hialeah, FL 33010

Tel. (786)600-8679

Attorney's Address and Phone Number:
Richard Seigmeister, Esq.
1800 S.W. 1st Avenue, #304
Miami, FL 33129
Bar No. 0700975
Tel. (305)859-7376

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month DECEMBER 2016 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $99,340.22 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | $374.63 | |
| Interest or Dividend Income | $ 3.75 | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | $378.38 | |
| | | |
| **CASH DISBURSEMENTS** CHECKS ORDERED | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | $ 14.97 | |
| Household Expenses/Food/Clothing | $159.54 | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | $5,528.77 | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $ 208.34 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $139.70 | |
| Vehicle Expenses | $357.77 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| PREVIOUSLY SCHEDULED CARD PAYMENT TO TARGET AND BANK OF AMERICA | $373.90 | |
| | | |
| | | |
| **Total Household Disbursements** | $6,782.99 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $92,935.61 | |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | JUAN C. MORALES and MIRTHA MORALES |
|---|---|
| Case Number: | 16-26663-AJC |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

|  | Month DECEMBER 2016 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $99,340.22 | |
| **CASH- Beginning of Month (Business)** | | |
| | | |
| **Total Household Receipts** | $378.38 | |
| **Total Business Receipts** | | |
| **Total Receipts** | $378.38 | |
| | | |
| **Total Household Disbursements** | $6,782.99 | |
| **Total Business Disbursements** | | |
| **Total Disbursements** | $6,782.99 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -$6,404.61 | |
| | | |
| **CASH- End of Month (Individual)** | $92,935.61 | |
| **CASH- End of Month (Business)** | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| **TOTAL DISBURSEMENTS (From Above)** | $6,782.99 | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $6,782.99 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20_____.

_____
Debtor's Signature

**MONTHLY OPERATING REPORT - INDIVIDUAL**       **ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS – HOUSEHOLD

| Name of Bank | CHASE |
|---|---|
| Account Number | 185618739 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ELECTRONIC | 12/19/2016 | TRAGET CARD | POSTED PRIOR TO FILING | $53.90 |
| ELECTRONIC | 12/19/2016 | BANK OF AMERICA | POSTED PRIOR TO FILING | $320.00 |
| DEBIT | 12/20/2016 | TOYS R US | CHRISTMAS GIFT | $14.97 |
| W/DRAWAL | 12/20/2016 | MIAMI DADE TAX COLLECTOR | PROPERTY TAXES | $5,528.77 |
| DEBIT | 12/21/2016 | CHEVRON | GAS | $40.50 |
| DEBIT | 12/21/2016 | AT&T | CELL PHONE COVER | $53.90 |
| DEBIT | 12/21/2016 | FLORIDA CITY GAS | HOUSE NATURAL GAS | $26.80 |
| DEBIT | 12/21/2016 | PUBLIX | FOOD | $41.14 |
| DEBIT | 12/22/2016 | CITY OF HIALEAH | GARBAGE | $59.00 |
| DEBIT | 12/22/2016 | MC DONALD | FOOD | $12.50 |
| DEBIT | 12/23/2016 | TONY'S TIRES | CAR REPAIR | $266.27 |
| DEBIT | 12/23/2016 | TARGET | FOOD | $34.21 |
| DEBIT | 12/27/2016 | WHEATFIELDS RESTAURANT | FOOD | $81.67 |
| DEBIT | 12/28/2016 | FRESCO Y MAS SUPERMARKET | FOOD | $15.98 |
| DEBIT | 12/28/2016 | WINN DIXIE | WINE | $29.95 |
| DEBIT | 12/28/2016 | TARGET | FOOD | $19.48 |
| DEBIT | 12/29/2016 | FT. LAUDERDALE AIRPORT | OVERNIGHT PARKING | $87.00 |
| DEBIT | 12/29/2016 | FUDDRUCKERS | FOOD | $27.17 |
| DEBIT | 12/29/2016 | MARATHON STATION | GAS | $51.00 |
| DEBIT | 12/30/2016 | WAL-MART | FOOD | $18.78 |
| | | | TOTAL | $ 6,782.99 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

X  Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

PLEASE NOTE BOTH CHASE ACCOUNTS WERE CLOSED ON 01/03/17.

BOTH THE TD BANK ACCOUNTS REFERENCE ABOVE WERE ALSO CLOSED ON 01/05/17. ACCOUNT# 2098 WAS NOT OPENED AS DEBTOR AND POSSESION ACCOUNT AND $2080 DID NOT HAVE BOTH OUR NAMES.

ON THAT SAME DAY 01/05/17 CHECKING ACCOUNT #9909 AND SAVINGS ACCOUNT #1835 WERE OPEN AS BEDTOR IN POSSESION ACCOUNTS.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | CHASE | CHASE | TD | TD |
| Account Number: | XXXXXX8739 | XXXXXX3550 | XXXXXXX2098 | XXXXXXX2080 |
| Purpose of Account (Business/Personal) | PERSONAL | PERSONAL | PERSONAL | PERSONAL |
| Type of Account (e.g. checking) | CHECKING | SAVINGS | CHECKING | CHECKING |
| 1. Balance per Bank Statement | $1,788.48 | $97,551.74 | $20.00 | $0.01 |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | $1,908.91 | $91,026.70 | $20.00 | $0.01 |
| TOTAL OF ALL ACCOUNTS | | | | $ 92,955.62 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# CHASE ◯
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 29, 2016 through December 27, 2016

Primary Account: **000000185618739**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00012124 DRE 021 21936316 NNNNNNNNNN 1 000000000 18 0000
JUAN CARLOS MORALES
680 W 15TH ST
HIALEAH FL 33010-2828



## We've updated your deposit agreement regarding transactions in a foreign currency

Effective November 13, 2016, we've updated the Deposit Account Agreement to clarify how we determine the exchange rate for transactions in a foreign currency. See the foreign transaction sections of the General Terms and Electronic Funds Transfer Service Terms for details. You can get the latest Deposit Account Agreement online at chase.com, at a branch or by request when you call us.

If you have any questions, please visit any Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 000000185618739 | $8,108.47 | $2,158.27 |
| Chase Plus Savings | 000002933733550 | 90,762.74 | 91,026.70 |
| **Total** | | **$98,871.21** | **$93,184.97** |

| Investments | ACCOUNT | MARKET VALUE PRIOR PERIOD | MARKET VALUE THIS PERIOD |
|---|---|---|---|
| Chase Investment Account as of 11/30/16 | *****************9206 | 9,330.50 | 9,330.74 |
| **Total** | | **$9,330.50** | **$9,330.74** |

Please review the important disclosures following the Consolidated Balance Summary.

Investment accounts and insurance products are: Not a Deposit - Not FDIC Insured - Not Insured by any Federal Government Agency - Not Guaranteed by the Bank - May Go Down In Value.

**TOTAL ASSETS**   $108,201.71   $102,515.71

**All Summary Balances** shown are as of December 27, 2016 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Securities and investment advisory services are offered through J.P. Morgan Securities LLC. (JPMS). JPMS, a member of FINRA and SIPC, is an affiliate of JPMorgan Chase Bank, N.A.

Page 1 of 4

https://oneview.jpmchase.net/OneView/stmtPrintSubmit.star                     1/23/2017



November 29, 2016 through December 27, 2016
Primary Account: **000000185618739**

## CHASE PREMIER PLUS CHECKING

JUAN CARLOS MORALES

Account Number: 000000185618739

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$8,108.47** |
| Deposits and Additions | 2,917.85 |
| Checks Paid | -447.08 |
| ATM & Debit Card Withdrawals | -571.11 |
| Electronic Withdrawals | -7,849.86 |
| **Ending Balance** | **$2,158.27** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.25 |

Your account ending in 3550 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | Southeast Homeca Py00017032     PPD ID: 1262629477 | $815.20 |
| 12/13 | ATM Check Deposit     12/13 1456 W 49th St Hialeah FL Card 0425 | 728.00 |
| 12/21 | Online Transfer From Mma ...3550 Transaction#: 5881529215 | 1,000.00 |
| 12/23 | Southeast Homeca Py00017032     PPD ID: 1262629477 | 374.63 |
| 12/27 | Interest Payment | 0.02 |
| **Total Deposits and Additions** | | **$2,917.85** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 312 ^ | | 12/09 | $447.08 |
| **Total Checks Paid** | | | **$447.08** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | Card Purchase With Pin  12/10 LA Fe Bakery Hialeah FL Card 0425 | $11.24 |
| 12/12 | Card Purchase With Pin  12/12 Publix Super Mar 9755 Doral FL Card 0425 | 8.65 |
| 12/13 | Card Purchase With Pin  12/13 Wal-Mart Super Cente Hialeah Garde FL Card 0425 | 6.06 |
| 12/20 | Card Purchase With Pin  12/20 Toys R US #8705 Hialeah FL Card 0425 | 14.97 |

## CHASE 🟦

November 29, 2016 through December 27, 2016
Primary Account: **000000185618739**

### ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/21 | Card Purchase | 12/20 Chevron 0308224 Miami Springs FL Card 0425 | 40.50 |
| 12/21 | Card Purchase | 12/20 AT&T Spring Mobile #870 Hialeah FL Card 0425 | 53.90 |
| 12/21 | Card Purchase With Pin | 12/21 Publix Super Mar 155 E Hialeah FL Card 0425 | 41.14 |
| 12/23 | Card Purchase | 12/21 Mcdonald's F11716 Hialeah FL Card 0425 | 12.50 |
| 12/23 | Card Purchase | 12/21 Tonys Tire & Alignment Hialeah FL Card 0425 | 266.27 |
| 12/23 | Card Purchase With Pin | 12/23 Target T- 12500 K Plaz Omaha NE Card 0425 | 34.21 |
| 12/27 | Card Purchase | 12/24 Wheatfields Eatery And Omaha NE Card 0425 | 81.67 |
| **Total ATM & Debit Card Withdrawals** | | | **$571.11** |



### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/30 | Miamidadeproptax 3053755452 460238436 | Web ID: 2911925808 | $3,490.47 |
| 11/30 | Miamidadeproptax 3053755452 460239092 | Web ID: 2911925808 | 1,013.46 |
| 11/30 | Miamidadeproptax 3053755452 460236540 | Web ID: 2911925808 | 906.42 |
| 12/06 | 12/06 Payment To Chase Card Ending IN 5339 | | 40.00 |
| 12/07 | Travelers Insur Insurance | PPD ID: 9130208001 | 368.50 |
| 12/12 | American Express ACH Pmt W7546 | Web ID: 2005032111 | 1,083.31 |
| 12/12 | Synchrony Bank Cc Pymt 601919123125825 Web ID: 9856794001 | | 177.00 |
| 12/13 | Sears Online Payment 122191182611573 Web ID: Citictp | | 200.00 |
| 12/13 | Sears Online Payment 122191179923094 Web ID: Citictp | | 111.00 |
| 12/19 | Bk of Amer VI/Mc Online Pmt Ckf655359536POS Web ID: 9500000000 | | 320.00 |
| 12/19 | Target Card Srvc Bill Pay 000000005351326 Web ID: T510215170 | | 53.90 |
| 12/21 | 12/21 Online Payment 5881528741 To Florida City Gas Company | | 26.80 |
| 12/22 | City of Hialeah 3055563800 627724212 | Web ID: 1870370820 | 59.00 |
| **Total Electronic Withdrawals** | | | **$7,849.86** |

### CHASE PLUS SAVINGS

JUAN CARLOS MORALES

Account Number: 000002933733550

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | $90,762.74 |
| Deposits and Additions | 6,792.73 |
| Electronic Withdrawals | -1,000.00 |
| Other Withdrawals | -5,528.77 |
| **Ending Balance** | **$91,026.70** |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Paid This Period | $3.73 |
| Interest Paid Year-to-Date | $34.56 |



November 29, 2016 through December 27, 2016
Primary Account: **000000185618739**

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| | Beginning Balance | | | $90,762.74 |
| 11/29 | ATM Check Deposit | 11/29 1456 W 49th St Hialeah FL Card 0425 | 965.00 | 91,727.74 |
| 12/05 | ATM Check Deposit | 12/05 1456 W 49th St Hialeah FL Card 0425 | 2,525.00 | 94,252.74 |
| 12/05 | ATM Check Deposit | 12/03 4451 Nw 36th St Miami Springs FL Card 0425 | 2,199.00 | 96,451.74 |
| 12/05 | ATM Cash Deposit | 12/05 1456 W 49th St Hialeah FL Card 0425 | 400.00 | 96,851.74 |
| 12/07 | ATM Check Deposit | 12/07 1456 W 49th St Hialeah FL Card 0425 | 700.00 | 97,551.74 |
| 12/20 | 12/20 Withdrawal | | - 5,528.77 | 92,022.97 |
| 12/21 | 12/21 Online Transfer To Chk ...8739 Transaction#: 5881529215 | | - 1,000.00 | 91,022.97 |
| 12/27 | Interest Payment | | 3.73 | 91,026.70 |
| | Ending Balance | | | $91,026.70 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

https://oneview.jpmchase.net/OneView/stmtPrintSubmit.star       1/23/2017

# Transaction History

**Customer:** JUAN CARLOS MORALES
JUAN CARLOS MORALES
**Account:** MI/FL/GA Checking #XXXXX8739

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | |

*denotes end of day balance

| Date Posted | Tran Type | Description | Debits(-) | Credits(+) $ | Balance |
|---|---|---|---|---|---|
| 12/28/2016 | Debit Card | FRESCO Y MAS #2 541 W HIALEAH | -15.98 | | 2,142.29 * |
| 12/27/2016 | Interest | INTEREST PAYMENT | | 0.02 | 2,158.27 * |
| 12/27/2016 | Debit Card | WHEATFIELDS EATERY AND OMAHA N | -81.67 | | 2,158.25 |
| 12/23/2016 | Debit Card | TARGET T- 12500 K Plaz Omaha N | -34.21 | | 2,239.92 * |
| 12/23/2016 | Debit Card | TONYS TIRE & ALIGNMENT HIALEAH | -266.27 | | 2,274.13 |
| 12/23/2016 | Debit Card | MCDONALD'S F11716 HIALEAH FL | -12.50 | | 2,540.40 |
| 12/23/2016 | ACH Deposit | SOUTHEAST HOMECA PY00017032 | | 374.63 | 2,552.90 |
| 12/22/2016 | ACH Debit | CITY OF HIALEAH 3055563800 62 | -59.00 | | 2,178.27 * |
| 12/21/2016 | Debit Card | PUBLIX SUPER MAR 155 E HIALEAH | -41.14 | | 2,237.27 * |
| 12/21/2016 | Bill Payment | Online Payment 5881528741 To F | -26.80 | | 2,278.41 |
| 12/21/2016 | Debit Card | AT&T SPRING MOBILE #870 HIALEA | -53.90 | | 2,305.21 |
| 12/21/2016 | Debit Card | CHEVRON 0308224 MIAMI SPRINGS | -40.50 | | 2,359.11 |
| 12/21/2016 | Online Transfer | Online Transfer from MMA ...35 | | 1,000.00 | 2,399.61 |
| 12/20/2016 | Debit Card | TOYS R US #8705 HIALEAH FL | -14.97 | | 1,399.61 * |
| 12/19/2016 | ACH Debit | TARGET CARD SRVC BILL PAY 00 | -53.90 | | 1,414.58 * |
| 12/19/2016 | ACH Debit | BK OF AMER VI/MC ONLINE PMT CK | -320.00 | | 1,468.48 |

Newer    Older

## Transaction History

**Customer:** JUAN CARLOS MORALES
JUAN CARLOS MORALES
**Account:** MI/FL/GA Savings #XXXXXX3550

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | |

*denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) $ | Balance |
|---|---|---|---|---|---|
| 01/03/2017 | Withdrawal | WITHDRAWAL # 416272331 | -91,027.44 | | 0.00 * |
| 01/03/2017 | Interest | INTEREST PAYMENT | | 0.74 | 91,027.44 |
| 12/27/2016 | Interest | INTEREST PAYMENT | | 3.73 | 91,026.70 * |
| 12/21/2016 | Online Transfer | Online Transfer to CHK ...8739 | -1,000.00 | | 91,022.97 * |
| 12/20/2016 | Withdrawal | WITHDRAWAL # 405945618 | -5,528.77 | | 92,022.97 * |
| 12/07/2016 | Deposit | ATM CHECK DEPOSIT 12/07 1456 W | | 700.00 | 97,551.74 * |
| 12/05/2016 | Deposit | ATM CASH DEPOSIT 12/05 1456 W | | 400.00 | 96,851.74 * |
| 12/05/2016 | Deposit | ATM CHECK DEPOSIT 12/03 4451 N | | 2,199.00 | 96,451.74 |
| 12/05/2016 | Deposit | ATM CHECK DEPOSIT 12/05 1456 W | | 2,525.00 | 94,252.74 |
| 11/29/2016 | Deposit | ATM CHECK DEPOSIT 11/29 1456 W | | 965.00 | 91,727.74 * |
| 11/28/2016 | Interest | INTEREST PAYMENT | | 3.84 | 90,762.74 * |
| 11/14/2016 | Online Transfer | Online Transfer from CHK ...97 | | 753.00 | 90,758.90 * |
| 11/14/2016 | Online Transfer | Online Transfer from CHK ...43 | | 753.00 | 90,005.90 |
| 11/07/2016 | Deposit | ATM CASH DEPOSIT 11/05 1456 W | | 500.00 | 89,252.90 * |
| 11/07/2016 | Deposit | ATM CHECK DEPOSIT 11/05 1456 W | | 1,600.00 | 88,752.90 |
| 11/04/2016 | Deposit | ATM CHECK DEPOSIT 11/04 1456 W | | 4,149.00 | 87,152.90 * |

Older

**Transaction History**

**Customer:** JUAN CARLOS MORALES
JUAN CARLOS MORALES
**Account:** MI/FL/GA Savings #XXXXXX3550

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | |

Showing Transactions from 12/28/2016 to 01/03/2017   * denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) | $ Balance |
|---|---|---|---|---|---|
| 01/03/2017 | Withdrawal | WITHDRAWAL # 416272331 | -91,027.44 | | 0.00 * |
| 01/03/2017 | Interest | INTEREST PAYMENT | | 0.74 | 91,027.44 |