# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## _____ DIVISION

IN RE:                                              } CASE NUMBER: 16-2663-AJC
                                                    }
    JUAN CARLOS MORALES                             }
    MIRTHA MORALES                                  } JUDGE  A. JAY CRISTOL
                                                    }
    DEBTOR.                                         } CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**  01/01/2017  **TO**  01/31/2017

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
680 West 15 Street
Hialeah, FL 33010

Tel. (786)600-8679

Attorney's Address
and Phone Number:
Richard Seigmeister, Esq.
1800 S.W. 1st Avenue, #304
Miami, FL 33129
Bar No. 0700975
Tel. (305)859-7376

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.

1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month JANUARY 2017 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $92,935.61 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | $ 3,739.49 | |
| Interest or Dividend Income | $    17.41 | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report)   RENTAL INCOME | $2,925.00 | |
| DEPOSIT MADE TO CHASE ACCOUNT AFTER CLOSING TO LEAVE A ZERO BALANCE | $ 8.71 | |
| **TOTAL RECEIPTS** | $6,690.61 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $392.77 | |
| Household Repairs & Maintenance | | |
| Insurance | $971.00 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $237.85 | |
| Tuition/Education | $30.00 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $383.54 | |
| Vehicle Expenses | $564.75 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | $325.00 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
|   CHECKS ORDER BY THE BANK | $11.95 | |
|   EL SOL CONDOMINIUM HOA | $447.08 | |
| LAST OF THREE PRIVIOUSLY SHEDULED PAYMENTS FOR A ROOMS TO GO CARD | $400.00 | |
| **Total Household Disbursements** | $3,763.94 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $95,862.28 | |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | JUAN C. MORALES and MIRTHA MORALES |
|---|---|
| Case Number: | 16-26663-AJC |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

| | Month JANUARY 2017 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $92,935.61 | |
| **CASH- Beginning of Month (Business)** | | |
| | | |
| **Total Household Receipts** | $6,690.61 | |
| **Total Business Receipts** | | |
| **Total Receipts** | $6,690.61 | |
| | | |
| **Total Household Disbursements** | $3,763.94 | |
| **Total Business Disbursements** | | |
| **Total Disbursements** | $3,763.94 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $2,926.67 | |
| | | |
| **CASH- End of Month (Individual)** | $95,862.28 | |
| **CASH- End of Month (Business)** | | |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| **TOTAL DISBURSEMENTS (From Above)** | $3,763.94 | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $3,763.94 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20____

_____
Debtor's Signature

Monthly Operating Report - Indivdual

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS – HOUSEHOLD**

| Name of Bank | TD BANK |
|---|---|
| Account Number | XXXXXX9909 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DEBIT | 1/9/2017 | CHEVRON | GAS | $52.00 |
| DEBIT | 1/9/2017 | GALERIA | ITEMS FOR THE HOUSE | $63.08 |
| DEBIT | 1/9/2017 | JC PENNY | CLOTHING | $38.08 |
| DEBIT | 1/10/2017 | CHEVRON | GAS | $42.00 |
| DEBIT | 1/10/2017 | PROGRAM AMERICA | CAR INSURANCE | $312.00 |
| 0098 | 1/11/2017 | METRIC INSPECTION | HOUSE INSURANCE COV. | $600.00 |
| 0099 | 1/11/2017 | EL SOL CONDOMINIUM | HOA | $447.08 |
| DEBIT | 1/12/2017 | SUPER CUTS | HAIR CUT | $58.00 |
| DEBIT | 1/13/2017 | CITY OF HIALEAH | WATER BILL | $160.65 |
| DEBIT | 1/17/2017 | FPL | ELECTRIC BILL | $222.89 |
| DEBIT | 1/17/2017 | CHEVRON | GAS | $51.00 |
| DEBIT | 1/18/2017 | SMART STYLE | HAIR CUT | $21.50 |
| 0101 | 1/18/2017 | U.S. TRUSTEE | TRUSTEE | $325.00 |
| DEBIT | 1/19/2017 | TRANSIT SERVICE | PARKING | $4.50 |
| DEBIT | 1/19/2017 | TRANSIT SERVICE | PARKING | $4.50 |
| DEBIT | 1/19/2017 | TRANSIT SERVICE | PARKING | $4.50 |
| DEBIT | 1/19/2017 | WINN DIXIE LIQUORS | LIQUOR | $32.09 |
| DEBIT | 1/20/2017 | HARDLAND CLARKE | CHECK ORDER | $11.95 |
| DEBIT | 1/23/2017 | PUBLIX | GROCERIES | $7.37 |
| DEBIT | 1/23/2017 | TARGET | GROCERIES | $33.57 |
| DEBIT | 1/23/2017 | BURGUER KING | FOOD | $16.14 |
| DEBIT | 1/23/2017 | BURLINGTON | CLOTHING | $44.92 |
| DEBIT | 1/23/2017 | WINN DIXIE LIQUORS | WINE | $32.09 |
| DEBIT | 1/24/2017 | WRIGHT FLOOD | FLOOD INSURANCE | $371.00 |
| DEBIT | 1/25/2017 | WINN DIXIE | GROCERIES | $54.67 |
| DEBIT | 1/26/2017 | CHEVRON | GAS | $38.00 |
| DEBIT | 1/27/2017 | SHELL OIL | GAS | $51.00 |
| DEBIT | 1/30/2017 | MC DONALD | FOOD | $4.26 |
| DEBIT | 1/30/2017 | PIZZA HUT | FOOD | $15.60 |
| DEBIT | 1/30/2017 | TARGET | GROCERIES | $10.15 |
| DEBIT | 1/30/2017 | TARGET | GROCERIES | $9.13 |
| DEBIT | 1/30/2017 | FRESCO Y MAS MARKET | GROCERIES | $52.30 |
| | | | TOTAL | $ 3,191.02 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

NOTE: CHECK NUMBER 0100 WAS VOID

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS – HOUSEHOLD**

| Name of Bank | CHASE |
|---|---|
| Account Number | XXXXXX8739 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DEBIT | 1/1/2017 | KFC | FOOD | $16.81 |
| DEBIT | 1/2/2017 | MILLER'S ALE HOUSE | FOOD | $55.00 |
| DEBIT | 1/2/2017 | CHINA BUFFET | FOOD | $15.96 |
| DEBIT | 1/3/2017 | WINN DIXIE LIQ. | WINE | $49.90 |
| DEBIT | 1/3/2017 | SYNCHRONY BANK | CREDIT CARD | $400.00 |
| DEBIT | 1/4/2017 | C.E.U. FAST | TUITION | $30.00 |
| DEBIT | 1/5/2017 | MPA PAY BY PHONE | PARKING | $5.25 |
|  |  |  | TOTAL | $ 572.92 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

X  Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

NOTE: CHASE ACCOUNT WAS CLOSED ON 01/03/17 WITH A NEGATIVE BALANCE OF $8.71. ON 01/05/17 THE NEGATIVE BALANCE WAS DEPOSITED IN THE ACCOUNT TO AND WAS THEN PROPERLY CLOSED.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD BANK | TD BANK | | |
| Account Number: | XXXXXX2098 | XXXXXX2080 | | |
| Purpose of Account (Business/Personal) | PERSONAL | PERSONAL | | |
| Type of Account (e.g. checking) | CHECKING | SAVINGS | | |
| 1. Balance per Bank Statement | $2,171.49 | $93,690.79 | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 95,862.28 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 28, 2016 through January 27, 2017
Account Number: **000000185618739**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00052783 1 AV 00.373

00052783 DRE 021 141 02817 NNNNNNNNNNN T 1 000000000 18 0000 T69854 P4049

JUAN CARLOS MORALES
680 W 15TH ST
HIALEAH FL 33010-2828

## CHECKING SUMMARY

Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,158.27 |
| Deposits and Additions | 8.71 |
| ATM & Debit Card Withdrawals | -422.28 |
| Electronic Withdrawals | -400.00 |
| Other Withdrawals | -1,344.70 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.00% |

Your account ending in 3550 is linked to this account for overdraft protection.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | Deposit 845487872 | $8.71 |
| **Total Deposits and Additions** | | **$8.71** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | Card Purchase With Pin  12/28 Fresco Y Mas #2 541 W Hialeah FL Card 0425 | $15.98 |
| 12/28 | Card Purchase With Pin  12/28 Winn-Dixie Liq 553 W 4 Hialeah FL Card 0425 | 29.95 |
| 12/28 | Card Purchase With Pin  12/28 Target T- 1750 W 37th Hialeah FL Card 0425 | 19.48 |
| 12/29 | Card Purchase         12/27 FT Laud Hollywood IN FT Lauderdale FL Card 0425 | 87.00 |
| 12/29 | Card Purchase         12/28 Fuddruckers 7637 Hialeah FL Card 0425 | 27.17 |
| 12/29 | Card Purchase         12/28 Marathon Petro Hialeah FL Card 0425 | 51.00 |
| 12/30 | Card Purchase With Pin  12/30 Wal-Mart Super Cente Hialeah Garde FL Card 0425 | 18.78 |
| 01/03 | Card Purchase         12/30 Kfc G984003 Hialeah FL Card 0425 | 16.81 |
| 01/03 | Card Purchase         12/30 China Buffet Hialeah FL Card 0425 | 15.96 |
| 01/03 | Card Purchase         12/31 Miller's Ale House # North Miami B FL Card 0425 | 55.00 |
| 01/03 | Card Purchase With Pin  12/31 Winn-Dixie Liq 553 W 4 Hialeah FL Card 0425 | 49.90 |
| 01/04 | Card Purchase         01/03 C E U Fast 386-719997 904-638-2385 FL Card 0425 | 30.00 |
| 01/04 | Card Purchase         01/03 Mpa Parking Pay By Phon Miami FL Card 0425 | 5.25 |
| **Total ATM & Debit Card Withdrawals** | | **$422.28** |

Page 1 of 2

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 28, 2016 through January 27, 2017

Account Number: **000002933733550**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001934 1 AV 00.373

00001934 DRE 021 143 02817 NNNNNNNNNNN T 1 000000000 18 0000 T69573 P4043
JUAN CARLOS MORALES
680 W 15TH ST
HIALEAH FL 33010-2828

## SAVINGS SUMMARY    Chase Plus Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | $91,026.70 |
| Deposits and Additions | 0.74 |
| Other Withdrawals | -91,027.44 |
| **Ending Balance** | $0.00 |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Paid This Period | $0.74 |
| Interest Paid Year-to-Date | $0.74 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $91,026.70 |
| 01/03 | Interest Payment | 0.74 | 91,027.44 |
| 01/03 | 01/03 Withdrawal | - 91,027.44 | 0.00 |
| | **Ending Balance** | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

# Transaction History

**Customer:** JUAN CARLOS MORALES
JUAN CARLOS MORALES
**Account:** MI/FL/GA Savings #XXXXXX3550

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | |

*denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) | $ Balance |
|---|---|---|---:|---:|---:|
| 01/03/2017 | Withdrawal | WITHDRAWAL # 416272331 | -91,027.44 | | 0.00 * |
| 01/03/2017 | Interest | INTEREST PAYMENT | | 0.74 | 91,027.44 |
| 12/27/2016 | Interest | INTEREST PAYMENT | | 3.73 | 91,026.70 * |
| 12/21/2016 | Online Transfer | Online Transfer to CHK ...8739 | -1,000.00 | | 91,022.97 * |
| 12/20/2016 | Withdrawal | WITHDRAWAL # 405945618 | -5,528.77 | | 92,022.97 * |
| 12/07/2016 | Deposit | ATM CHECK DEPOSIT 12/07 1456 W | | 700.00 | 97,551.74 * |
| 12/05/2016 | Deposit | ATM CASH DEPOSIT 12/05 1456 W | | 400.00 | 96,851.74 * |
| 12/05/2016 | Deposit | ATM CHECK DEPOSIT 12/03 4451 N | | 2,199.00 | 96,451.74 |
| 12/05/2016 | Deposit | ATM CHECK DEPOSIT 12/05 1456 W | | 2,525.00 | 94,252.74 |
| 11/29/2016 | Deposit | ATM CHECK DEPOSIT 11/29 1456 W | | 965.00 | 91,727.74 * |
| 11/28/2016 | Interest | INTEREST PAYMENT | | 3.84 | 90,762.74 * |
| 11/14/2016 | Online Transfer | Online Transfer from CHK ...97 | | 753.00 | 90,758.90 * |
| 11/14/2016 | Online Transfer | Online Transfer from CHK ...43 | | 753.00 | 90,005.90 |
| 11/07/2016 | Deposit | ATM CASH DEPOSIT 11/05 1456 W | | 500.00 | 89,252.90 * |
| 11/07/2016 | Deposit | ATM CHECK DEPOSIT 11/05 1456 W | | 1,600.00 | 88,752.90 |
| 11/04/2016 | Deposit | ATM CHECK DEPOSIT 11/04 1456 W | | 4,149.00 | 87,152.90 * |

Older



**Transaction History**
**Customer:** JUAN CARLOS MORALES
JUAN CARLOS MORALES
**Account:** MI/FL/GA Savings #XXXXXX3550

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | |

Showing Transactions from 12/28/2016 to 01/03/2017     *denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) | $ Balance |
|---|---|---|---|---|---|
| 01/03/2017 | Withdrawal | WITHDRAWAL # 416272331 | -91,027.44 | | 0.00 * |
| 01/03/2017 | Interest | INTEREST PAYMENT | | 0.74 | 91,027.44 |

## Transaction History

**Customer:** JUAN CARLOS MORALES
JUAN CARLOS MORALES
**Account:** MI/FL/GA Checking #XXXXX8739

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | |

*denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) | $ Balance |
|---|---|---|---|---|---|
| 01/09/2017 | ACH Debit | TRAVELERS INSUR INSURANCE | -333.50 | | 0.00 * |
| 01/05/2017 | Deposit | DEPOSIT ID NUMBER 487872 # 84 | | 8.71 | 0.00 * |
| 01/04/2017 | Debit Card | MPA PARKING PAY BY PHON MIAMI | -5.25 | | -8.71 * |
| 01/04/2017 | Debit Card | C E U FAST 386-719997 904-638- | -30.00 | | -3.46 |
| 01/03/2017 | ACH Debit | Synchrony Bank CC PYMT 60 | -400.00 | | 26.54 * |
| 01/03/2017 | Withdrawal | WITHDRAWAL # 416272348 | -1,344.70 | | 426.54 |
| 01/03/2017 | Debit Card | WINN-DIXIE LIQ 553 W 4 HIALEAH | -49.90 | | 1,771.24 |
| 01/03/2017 | Debit Card | MILLER'S ALE HOUSE # NORTH MIA | -55.00 | | 1,821.14 |
| 01/03/2017 | Debit Card | CHINA BUFFET HIALEAH FL | -15.96 | | 1,876.14 |
| 01/03/2017 | Debit Card | KFC G984003 HIALEAH FL | -16.81 | | 1,892.10 |
| 12/30/2016 | Debit Card | Wal-Mart Super Cente HIALEAH G | -18.78 | | 1,908.91 * |
| 12/29/2016 | Debit Card | MARATHON PETRO HIALEAH FL | -51.00 | | 1,927.69 * |
| 12/29/2016 | Debit Card | FUDDRUCKERS 7637 HIALEAH FL | -27.17 | | 1,978.69 |
| 12/29/2016 | Debit Card | FT LAUD HOLLYWOOD IN FT LAUDER | -87.00 | | 2,005.86 |
| 12/28/2016 | Debit Card | TARGET T- 1750 W 37th Hialeah | -19.48 | | 2,092.86 * |
| 12/28/2016 | Debit Card | WINN-DIXIE LIQ 553 W 4 HIALEAH | -29.95 | | 2,112.34 |

Older

# TD Bank
America's Most Convenient Bank®

MIRTHA MORALES
JUAN CARLOS MORALES
DEBTOR IN POSSESSION CASE 1626663
680 WEST 15ST
HIALEAH FL            33010

651 / TD Premier Checking            4338419909

| | | | |
|---|---|---|---|
| Statement Beginning Balance | | | $0.00 |
| Plus | 4 | Deposits and Other Credits | $4,425.02 |
| Less | 22 | Checks and Other Debits | $2,259.91 |
| Statement Balance As Of: 01/23/2017 | | | $2,165.11 |

## Transactions By Date

| Date | | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 01/05/2017 | | DEPOSIT | | | $1,450.00 | $1,450.00 |
| 01/05/2017 | | DEPOSIT | | | $1,475.00 | $2,925.00 |
| 01/09/2017 | | VISA DDA PUR 469216 | CHEVRON 0308224 | $52.00 | | $2,873.00 |
| 01/09/2017 | | DDA PURCHASE 315055 | GALERIA HIELE | $63.08 | | $2,809.92 |
| 01/09/2017 | | VISA DDA PUR 443106 | JCPENNEY 2478 | $38.08 | | $2,771.84 |
| 01/10/2017 | | VISA DDA PUR 469216 | CHEVRON 0308224 | $42.00 | | $2,729.84 |
| 01/10/2017 | | PROG AMERICAN  INS PREM | | $312.00 | | $2,417.84 |
| 01/11/2017 | 98 | CHECK | | $600.00 | | $1,817.84 |
| 01/11/2017 | 99 | CHECK | | $447.08 | | $1,370.76 |
| 01/12/2017 | | VISA DDA PUR 471705 | SUPERCUTS | $58.00 | | $1,312.76 |
| 01/13/2017 | | CITY OF HIALEAH  3055563800 | | $160.65 | | $1,152.11 |
| 01/17/2017 | | FPL DIRECT DEBIT ELEC PYMT | | $222.89 | | $929.22 |
| 01/17/2017 | | DDA PURCHASE 318600 | CHEVRON SUNSF | $51.00 | | $878.22 |
| 01/18/2017 | | VISA DDA PUR 471705 | SMART STYLE | $21.50 | | $856.72 |
| 01/19/2017 | | VISA DDA PUR 475542 | DC TRANSIT SERV | $4.50 | | $852.22 |
| 01/19/2017 | | VISA DDA PUR 475542 | DC TRANSIT SERV | $4.50 | | $847.72 |
| 01/19/2017 | | VISA DDA PUR 475542 | DC TRANSIT SERV | $4.50 | | $843.22 |
| 01/19/2017 | | DDA PURCHASE 318811 | WINN DIXIE LIQ | $32.09 | | $811.13 |

Page 1 of 2

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 01/20/2017 | HARLAND CLARKE - CHK ORDERS | | $11.95 | | $799.18 |
| 01/23/2017 | DDA PURCHASE P1264107 | PUBLIX | $7.37 | | $791.81 |
| 01/23/2017 | DEPOSIT | | | $1,500.00 | $2,291.81 |
| 01/23/2017 | DDA PURCHASE 32109171 | TARGET T 1750 | $33.57 | | $2,258.24 |
| 01/23/2017 | VISA DDA PUR 418616 | BURGER KING 59 | $16.14 | | $2,242.10 |
| 01/23/2017 | DDA PURCHASE 07330155 | BURLNGTON S | $44.92 | | $2,197.18 |
| 01/23/2017 | DDA PURCHASE 318811 | WINN DIXIE LIQ | $32.09 | | $2,165.09 |
| 01/23/2017 | IOD INTEREST PAID | | | $0.02 | $2,165.11 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 98 | 1/11/2017 | $600.00 | | | | | | |
| 99 | 1/11/2017 | $447.08 | | | | | | |




America's Most Convenient Bank®   0   **STATEMENT OF ACCOUNT**

414-FTD0104i005017045206-000000

JUAN CARLOS MORALES
680 WEST 15TH
HIALEAH FL  33010

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 30 2016-Jan 05 2017 |
| Cust Ref #: | 4330872098-622-0-### |
| Primary Account #: | 433-0872098 |

## TD Simple Checking

JUAN CARLOS MORALES

Account # 433-0872098

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 17.14 |
| Deposits | 20.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 6 |
| Other Withdrawals | 20.00 | | |
| Ending Balance | 0.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | DEPOSIT | 20.00 |
| | Subtotal: | 20.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/5 | ACCOUNT CLOSED | 20.00 |
| | Subtotal: | 20.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/30 | 0.00 | 1/5 | 0.00 |
| 12/30 | 20.00 | | |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®         0      **STATEMENT OF ACCOUNT**

1094-FTD0104i365017041826-100000

MIRTHA MORALES
DEBTOR IN POSSESSION
680 WEST 15ST
HIALEAH FL  33010

Page: 1 of 2
Statement Period: Dec 30 2016-Dec 30 2016
Cust Ref #: 4330872080-622-0-###
Primary Account #: 433-0872080

## TD Simple Checking

MIRTHA MORALES
DEBTOR IN POSSESSION

Account # 433-0872080

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 0.00 |
| Other Credits | 0.01 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 1 |
| Other Withdrawals | 0.01 | | |
| Ending Balance | 0.00 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | CLOSING ADJUSTMENT | 0.01 |
| | Subtotal: | 0.01 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | ACCOUNT CLOSED | 0.01 |
| | Subtotal: | 0.01 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 12/30 | 0.00 |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 01/20/2017 | HARLAND CLARKE CHK ORDERS | | $11.95 | | $799.18 |
| 01/23/2017 | DDA PURCHASE P1264107 | PUBLIX | $7.37 | | $791.81 |
| 01/23/2017 | DEPOSIT | | | $1,500.00 | $2,291.81 |
| 01/23/2017 | DDA PURCHASE 32109171 | TARGET T 1750 | $33.57 | | $2,258.24 |
| 01/23/2017 | VISA DDA PUR 418616 | BURGER KING 59 | $16.14 | | $2,242.10 |
| 01/23/2017 | DDA PURCHASE 07330155 | BURLNGTON S | $44.92 | | $2,197.18 |
| 01/23/2017 | DDA PURCHASE 318811 | WINN DIXIE LIQ | $32.09 | | $2,165.09 |
| 01/23/2017 | IOD INTEREST PAID | | | $0.02 | $2,165.11 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 98 | 1/11/2017 | $600.00 | | | | | | |
| 99 | 1/11/2017 | $447.08 | | | | | | |

Page 2 of 2

# TD Bank
America's Most Convenient Bank®

MIRTHA MORALES
JUAN CARLOS MORALES
DEBTOR IN POSSESSION CASE 1626663
680 WEST 15ST
HIALEAH FL            33010

651 / TD Premier Checking    4338419909

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 1/24/2017 | | | $2,165.11 |
| Plus | 1 | Deposits and Other Credits | $937.49 |
| Less | 10 | Checks and Other Debits | $931.11 |
| Statement Balance As Of: 02/02/2017 | | | $2,171.49 |

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/24/2017 | WRIGHT FLOOD | INS PREM | $371.00 | | $1,794.11 |
| 01/24/2017 | DEPOSIT | | | $937.49 | $2,731.60 |
| 01/25/2017 | DDA PURCHASE 318811 | WINN DIXIE  0 1 | $54.67 | | $2,676.93 |
| 01/26/2017 | DDA PURCHASE 318600 | CHEVRON SUNSH | $38.00 | | $2,638.93 |
| 01/27/2017 | DDA PURCHASE 33261601 | SHELL SERVICE | $51.00 | | $2,587.93 |
| 01/30/2017 | VISA DDA PUR 442733 | MCDONALD S F11 | $4.26 | | $2,583.67 |
| 01/30/2017 | VISA DDA PUR 443106 | PIZZA HUT 012336 | $15.60 | | $2,568.07 |
| 01/30/2017 | DDA PURCHASE 32109157 | TARGET T  1750 | $10.15 | | $2,557.92 |
| 01/30/2017 | DDA PURCHASE 32109171 | TARGET T  1750 | $9.13 | | $2,548.79 |
| 01/30/2017 | DDA PURCHASE 318811 | FRESCO Y MAS  2 | $52.30 | | $2,496.49 |
| 01/30/2017 | 101    CHECK | | $325.00 | | $2,171.49 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 1/30/2017 | $325.00 | | | | | | |



**TD Bank**
America's Most Convenient Bank®

MIRTHA MORALES
JUAN CARLOS MORALES
DEBTOR IN POSSESSION CASE1626663
680 WEST 15ST
HIALEAH FL  33010

024 / TD Select Sav (Standard Rate)    00006762801835

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 03/31/2017 | | | $0.00 |
| Plus | 4 | Deposits and Other Credits | $93,690.79 |
| Less | 0 | Checks and Other Debits | $0.00 |
| Statement Balance As Of: 02/02/2017 | | | $93,690.79 |
| Interest Rate As Of 02/02/2017: | | | 0.250000 |

### Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/05/2017 | DEPOSIT | | $92,372.14 | $92,372.14 |
| 01/09/2017 | DEPOSIT | | $270.00 | $92,642.14 |
| 01/09/2017 | DEPOSIT | | $1,032.00 | $93,674.14 |
| 01/31/2017 | INTEREST CREDIT | | $16.65 | $93,690.79 |

Page 1 of 1



December 28, 2016 through January 27, 2017
Account Number: **000000185618739**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Synchrony Bank  Cc Pymt    601919123125825 Web ID: 9856794001 | $400.00 |
| **Total Electronic Withdrawals** | | **$400.00** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | 01/03 Withdrawal | $1,344.70 |
| **Total Other Withdrawals** | | **$1,344.70** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

    JPMorgan Chase Bank, N.A. Member FDIC