

**ORDERED in the Southern District of Florida on October 2, 2017.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-26663-BKC-AJC |
| JUAN C. MORALES and<br>MIRTHA MORALES,<br>*d/b/a* J.C. & C. ALF, LLC, | CHAPTER 11 |
|     Debtor(s).<br>_____/ | |
| MERFE CONSTRUCTION CORP., | |
|     Plaintiff,<br>v. | Adversary Proceeding<br>Case No. 17-1120-AJC-A |
| JUAN C. MORALES and<br>MIRTHA MORALES,<br>*d/b/a* J.C. & C. ALF, LLC, | |
|     Defendants,<br>_____/ | |

**FINAL JUDGMENT**

    In conformity with the Order on Plaintiff's, Merfe Construction Corp., Motion for Final

Summary Judgment on its Complaint Objecting to Debtors' Discharge and to Determine Dischargeability of Debt ("the Complaint"), seeking a denial of discharge pursuant to §§ 727(a) (2) (A), 727(a) (4) (A), 727(a) (5), and 727(a) (7), final summary judgment is hereby entered in favor of the Plaintiff. The Debtors' discharge is denied pursuant to 11 U.S.C. §§ 727(a) (2) (A), 727(a) (4) (A), 727(a) (5), and 727(a) (7).

NOW, THEREFORE, IT IS HEREBY ORDERED:

That Final Judgment is entered in favor of the Plaintiff on all counts of the Complaint. The entry of this Final Judgment concludes the Adversary.

# # #

Final Judgment Prepared and Submitted by:

Michael Garcia Petit, Esq.
Law Office of Michael Garcia Petit, P.A.
14100 Palmetto Frontage Road #106
Miami Lakes, Florida 33016
Email   michael@michaelgarciapetitpa.com
Tel:    786-245-7750
Counsel for the Plaintiff

Service:

Attorney Michael Garcia Petit is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service in connection therewith.