UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 16-26663-AJC
Chapter 7

JUAN C. MORALES AND
MIRTHA MORALES,

    Debtors.
_____/

### TRUSTEE'S APPLICATION FOR TURNOVER OF CERTAIN NON-EXEMPT PROPERTY LISTED ON DEBTORS' SCHEDULE A/B

The Trustee in Bankruptcy for Juan C. Morales and Mirtha Morales (the "Debtors"), Soneet R. Kapila (the "Trustee"), by and through undersigned counsel, hereby files this Trustee's Application for Turnover of Certain Non-Exempt Property Listed on Debtors' Schedule A/B, and states:

1. Juan C. Morales, and Mirtha Morales filed a voluntary petition under Chapter 11 of the Bankruptcy Code on December 17, 2016.

2. April 3, 2018, after approximately four (4) months of inactivity, denial of the Debtors' Discharges [ECF No. 58], and the Debtor's failure to file a Debtor in Possession ("DIP") Report since their October, 2017 DIP Report (filed November 8, 2017 [ECF No. 62]), the U.S. Trustee filed a *Motion to Dismiss Case, or in the Alternative, Convert Case to Chapter 7* [ECF No. 64] which was granted by this Court's May 11, 2018 *Order Converting Case Under Chapter 11 to Case Under Chapter 7* [ECF No. 67] (the "Conversion Order").

3. Soneet Kapila has been appointed as the Chapter 7 Trustee.

4. The Debtors list on their Schedule A/B, the following items (collectively referred to hereafter as the "Schedule A/B Property") with a total value of $576,709.03:

30284687.1

      a.      Single-family home located at: 680 W. 15 Street, Hialeah, FL 33010, Miami-Dade, valued at $310,510.00

      b.      2006 Ford Explorer, valued at $3,000.00

      c.      2003 Chrysler Jeep Liberty, valued at $1,500.00

      d.      Two (2) wedding bands, valued at $200.00

      e.      Two (2) watches, valued at $200.00

      f.      Costume jewelry, valued at $100.00

      g.      Chase account ending 8739, with a balance of $108,201.71

      h.      Charles Schwab account ending 9067, with a balance of $16,208.36

      i.      100% ownership in entity, JC&C ALF, with value listed as unknown

      j.      Chase 401(k), with a balance of $124,000.00

      k.      Chase IRA ending 9224, with a balance of $3,458.46

      l.      Chase IRA ending 9206, with a balance of $9,330.50

The Debtors do not claim any of the above items on their Schedule C as exempt. The Trustee has excluded from this section those items of property which he believes would not warrant administration or which are the subject of separate proceedings.

      5.      The Debtors' Schedule D lists no lien on any of the Schedule A/B Property.

      6.      Although the Trustee acknowledges that the failure of the Debtors to list any exemptions on their Schedule C, in addition to the failure of the Debtors to list any liens on their Schedule D may be an oversight, the Trustee is at this point obligated by his appointed position to administer all property not claimed as exempt for the benefit of the

estate. The Trustee also understands that the Debtors may be retaining new counsel to represent them in this case who may file amended schedules. However, unless and until the Debtors file any amended schedules, the Trustee must administer all assets which arguably could have value to the estate.

7. 11 U.S.C. § 542(a) provides:

> "Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property unless such property is of inconsequential value or benefit to the estate."

8. Accordingly, the Trustee seeks an order from the Court requiring the Debtors to turn over to the Trustee the Schedule A/B Property for such assets to be sold for the benefit of the estate.

**WHEREFORE**, the Trustee, Soneet R. Kapila, by and through undersigned counsel, respectfully requests that the Court enter an order granting the Trustee's application for turnover as follows:

(i) The Debtors shall turnover to the Trustee, the following property listed on their Schedule A/B:

    a. Single-family home located at: 680 W. 15 Street, Hialeah, FL 33010, Miami-Dade, valued at $310,510.00

    b. 2006 Ford Explorer, valued at $3,000.00

    c. 2003 Chrysler Jeep Liberty, valued at $1,500.00

    d. Two (2) wedding bands, valued at $200.00

    e. Two (2) watches, valued at $200.00

    f. Costume jewelry, valued at $100.00

    g.    Chase account ending 8739, with a balance of $108,201.71 (or provide proof that such funds were timely and properly transferred into a debtor in possession bank account)

    h.    Charles Schwab account ending 9067, with a balance of $16,208.36 (or provide proof that such funds were timely and properly transferred into a debtor in possession bank account)

    i.    100% ownership in entity, JC&C ALF, with value listed as unknown

    j.    Chase 401(k), with a balance of $124,000.00

    k.    Chase IRA ending 9224, with a balance of $3,458.46

    l.    Chase IRA ending 9206, with a balance of $9,330.50

within ten (10) days of a Court order granting the immediate motion.

    (ii)    plus that the Court grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties on the attached mailing list, this 19 day of June, 2018.

GREENSPOON MARDER, LLP

/s/ Michael R. Bakst

MICHAEL R. BAKST, Esq.<br>
Attorney for Trustee<br>
Florida Bar No. 866377<br>
525 Okeechobee Blvd., Ste. 900<br>
West Palm Beach FL 33401<br>
(561) 838-4523<br>
michael.bakst@gmlaw.com

MRB/mab<br>
29684.0037

**Electronic Mail Notice List**

- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;nnayor@dunnlawpa.com;tyler.stull@dunnlawpa.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Michael MG Petit    michael@michaelgarciapetitpa.com
- Alexis S Read    alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com
- Richard Siegmeister    rspa111@att.net, rspa-ernest@att.net

**Manual Notice List**

**U.S. Regular Mail to:**<br>
Juan C. Morales<br>
Mirtha Morales<br>
680 West 15 Street<br>
Hialeah, FL  33010

**U.S. Certified Mail to:**<br>
Juan C. Morales<br>
Mirtha Morales<br>
680 West 15 Street<br>
Hialeah, FL  33010

30284687.1