UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-26663-BKC-AJC

CHAPTER 7

IN RE:

JUAN C. MORALES
and MIRTHA MORALES
    Debtors.
_____/

**DEBTORS' MOTION TO STAY SALE OF REAL ESTATE AND COLLECTION AND TO COMPEL THE TRUSTEE TO RETURN THE DEBTOR, JUAN C. MORALES' ASSETS**

The Debtors, JUAN and MIRTHA MORALES, by and through the undersigned attorney, request this Honorable Court enter an Order to Stay any sale of the two parcels of Real Estate and be compelled to return these parcels and the balance of funds left in the Debtor's in Possession ("DIP") account, after payment of Juan C. Morales' claims and states:

1.    The Debtors filed a joint Chapter 11 on December 17, 2016, and the case was converted to a Chapter 7 on May 11, 2018.

2.    The Debtor, Juan C. Morales, solely owns two condominiums located at 1655 West 44th Place, Hialeah Florida, 33012, Unit Nos. 434 and 535, and both properties are held in the Debtor's name, Juan C. Morales, and the total debt due to his creditor's is less than $14,000.00.

3.    The Debtor, Juan C. Morales, solely owns two properties as described in paragraph two. The Debtor, Juan C. Morales, has turned over these two properties, including the $60,000.00, from the ("DIP") account, pursuant to Court Order Granting Trustee's Emergency Application for Turnover and for an accounting pursuant to 11

U.S.C., §§ 542(a) and 543, [ECF 81]. The ("DIP") account held rental proceeds from these two properties, and the fact that the Trustee is holding in excess of $60,000.00, pursuant to the turnover Order, [ECF 81] there is no need for the Trustee to take any additional monies from the Debtor, Juan C. Morales' assets, as the Trustee is in possession of more than enough to pay for 100% of the Debtor, Juan C. Morales' debts, trustee fees and costs.

4. Although this is a joint case, the Trustee may not administer the assets solely in the name of the Debtor, Juan C. Morales, to pay debts of the joint debtor, Mirtha Morales. The Debtor's spouse has her own assets and liabilities. The Trustee may administer those assets for the benefit of her creditors only.

5. The undersigned has received a copy of a letter from the Trustee, sent to the Debtor, Juan C. Morales' tenants, requesting all future rent payments be made to the Trustee. The letter also informs the tenants that the property is being advertised for sale for the benefit of the creditors. As stated above, the Trustee is in possession of more than enough assets, in particular, the money received from the turnover of the ("DIP") account, to pay 100% of the Debtor, Juan C. Morales' creditors and any attorney fees and costs incurred by the Trustee. All of this money came from the rents of the Debtor, Juan C. Morales' property.

6. The Trustee should be required to return the assets solely in the name of the Debtor, Juan C. Morales, including the balance of the funds in the ("DIP") account and the two pieces of real estate described in the above paragraph, less any money to pay his creditors in full.

WHEREFOR, the Debtors request this Honorable Court to enter an Order to Stay any sale of the two parcels of Real Estate and be compelled to return these parcels and the balance of funds left in the ("DIP") account, after payment of Juan C. Morales' claims and any other relief this Court deems just.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) were sent via email to Michael Bakst, counsel for Trustee at efileu1094@gmlaw.com, Rilyn A. Carnahan, counsel for Trustee at rilyn.carnahan@gmlaw.com, and all others set forth in the NEF, this 29th day of July 2018 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and regular mail to all creditors.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com

By:  /s/  Michael J. Brooks
Michael J. Brooks
Florida Bar No. 434442