| | | |
|---|---|---|
| 10/2/2018 | Richard Siegmeister P.A. | |
| 10:20 AM | Pre-bill Worksheet | Page 1 |

## Selection Criteria

ACCO.Selection    Include: MORALES J & M

| | |
|---|---|
| Nickname | MORALES J & M | 815 |
| Full Name | Jaun Carlos Morales & Mirtha Morales |
| Address | 680 West 15 Street |
| | Hialeah, Florida 33010 |
| Phone 1 | 786 600-8679      Phone 2 |
| Phone 3 |                   Phone 4 |
| In Ref To | Represent clients in Chapter 11 Case |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 10/2/2018 |
| Last payment |           Amount    $0.00 |

| Date / ID | ATTORNEY / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: 08-4150** | | | | | |
| 12/28/2017 14478 | Siegmeister, Ri<br>Review<br>review Mot for turnover, Mot for Stay.<br>Reference:     08-4150 | 400.00 | 0.40 | 160.00 | Billable |
| 1/8/2018 14672 | Siegmeister, Ri<br>Appear at hearing<br>Motion to reschedule foreclosure sale.<br>Reference:     08-4150 | 400.00 | 3.00 | 1,200.00 | Billable |
| 3/8/2018 14504 | Siegmeister, Ri<br>Review compose dictate<br>tel call to Mr. Arslanian, to Court reporters to obtain transcript of 341 mtg 1/28/17, to mr. arlsanian, to discuss hearing re motion to set aside, my testimony, review file, compose and dictat email to mr. Arslanian and Clients re meetings and documents.<br>Reference:     08-4150 | 400.00 | 1.10 | 440.00 | Billable |
| 3/30/2018 14673 | Siegmeister, Ri<br>Appear at hearing<br>P Motion for reconsideration of rescheduling sale.<br>Reference:     08-4150 | 400.00 | 3.00 | 1,200.00 | Billable |
| Total: 08-4150 | | | 7.50 | | $3,000.00 |

| 10/2/2018 | Richard Siegmeister P.A. | |
|---|---|---|
| 10:20 AM | Pre-bill Worksheet | Page   2 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: Adv Merfe 17-1120-A-AJC** | | | | | |
| 3/21/2017<br>14366 | Siegmeister, Ri<br>Review<br>Adversary Complaint, Summons, deadlines, disclosures, Calendar same.<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 0.70 | 280.00 | Billable |
| 4/6/2017<br>14367 | Siegmeister, Ri<br>Review<br>revise in detail complaint and exhibits, begin note on defense, an analysis<br>for motion to dismiss.<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 1.60 | 640.00 | Billable |
| 4/21/2017<br>14368 | Siegmeister, Ri<br>Review compose dictate<br>structure and adequacy of complaint, applicable federal rules; compose<br>and dictate Motion to dismiss and set for hearing.<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 2.10 | 840.00 | Billable |
| 5/17/2017<br>14371 | Siegmeister, Ri<br>Appear at hearing<br>prepare for and appear at hearing re Motion to dismiss complaint; meeting<br>with atty Garcia, compose and dictate order on hearing.<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 3.00 | 1,200.00 | Billable |
| 5/19/2017<br>14671 | Siegmeister, Ri<br>Review compose dictate<br>review file compose and dictate pretrial stipulation and emails to atty Petit.<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 1.30 | 520.00 | Billable |
| 6/21/2017<br>14383 | Siegmeister, Ri<br>Meeting with<br>meeting with clients to discuss adversary complaint, responses thereto,<br>review of documents and questionable, promissory note.<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 2.30 | 920.00 | Billable |
| 6/23/2017<br>14384 | Siegmeister, Ri<br>Review compose dictate<br>Review file, research statutory references, compose and dictate Answer<br>and affirmative defense to complaint<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 3.20 | 1,280.00 | Billable |
| 8/18/2017<br>14477 | Siegmeister, Ri<br>Review<br>motion for summary judgment and attached documents. all to clients to<br>discuss.<br>Reference:     Adv Merfe 17-1120-A-AJC | 400.00 | 1.20 | 480.00 | Billable |

| 10/2/2018 | | Richard Siegmeister P.A. | | | |
| 10:20 AM | | Pre-bill Worksheet | | | Page     3 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/28/2017<br>14459 | Siegmeister, Ri<br>Appear at hearing<br>appear at pretrial<br>Reference:    Adv Merfe 17-1120-A-AJC | 400.00 | 1.00 | 400.00 | Billable |
| 10/3/2017<br>14474 | Siegmeister, Ri<br>Review<br>review order denying discharge.<br>Reference:    Adv Merfe 17-1120-A-AJC | 400.00 | 0.30 | 120.00 | Billable |
| 10/23/2017<br>14457 | Siegmeister, Ri<br>Appear at hearing<br>prepare for and appear at prterial<br>Reference:    Adv Merfe 17-1120-A-AJC | 400.00 | 1.00 | 400.00 | Billable |

Total: Adv Merfe 17-1120-A-AJC                                                                  17.70                              $7,080.00

Nickname 1: Asset Analysis and Recovery

| 1/11/2017<br>14468 | Siegmeister, Ri<br>Review<br>Notice of appearance by MERFE (petit) call to client re same.<br>Reference:    Asset Analysis and Recovery | 400.00 | 0.40 | 160.00 | Billable |
| 11/8/2017<br>14456 | Siegmeister, Ri<br>Appear at hearing<br>motion to restore case to docket 08-40150<br>Reference:    Asset Analysis and Recovery | 400.00 | 1.00 | 400.00 | Billable |
| 12/28/2017<br>14454 | Siegmeister, Ri<br>Telephone call<br>tel from and to atty Arslanian re state court matters. call to client<br>Reference:    Asset Analysis and Recovery | 400.00 | 0.90 | 360.00 | Billable |
| 12/28/2017<br>14455 | Siegmeister, Ri<br>Review<br>emails from atty Arslanian review file respond to him with two emails<br>including documents requested and depositions.<br>Reference:    Asset Analysis and Recovery | 400.00 | 0.60 | 240.00 | Billable |
| 1/16/2018<br>14484 | Siegmeister, Ri<br>Telephone call<br>compose aqnd dictate and file renotice of R2004 exam, to court reported,<br>the mendez (Perez), and M Duun esquire (Trustee).  Discussed with Dunn<br>issues with perez and church loan.  compose and disctate email to<br>mendez re renotice of R2004<br>Reference:    Asset Analysis and Recovery | 400.00 | 1.10 | 440.00 | Billable |

10/2/2018                                      Richard Siegmeister P.A.
10:20 AM                                   Pre-bill Worksheet                                                  Page     4

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | Total: Asset Analysis and Recovery | | 4.00 | | $1,600.00 |
| | **Nickname 1: Asset Disposition** | | | | |
| 1/9/2017<br>14199 | Siegmeister, Ri<br>Review<br>Proposed sale and purchase agreement of ALF<br>Reference:    Asset Disposition | 400.00 | 0.30 | 120.00 | Billable |
| 1/13/2017<br>14205 | Siegmeister, Ri<br>Meeting with<br>review and discuss offer to purchase ALF and building - review proposed contracts<br>Reference:    Asset Disposition | 400.00 | 1.10 | 440.00 | Billable |
| 1/20/2017<br>14211 | Siegmeister, Ri<br>Review compose dictate<br>order from court, notes on 341 mtg, proposed sale of assets, compose and dictate suggested changes<br>Reference:    Asset Disposition | 400.00 | 1.20 | 480.00 | Billable |
| 2/3/2017<br>14217 | Siegmeister, Ri<br>Telephone call<br>to atty porello re sale of re and ALF snd procedure. compose and dictate letter to atty Garcia.<br>Reference:    Asset Disposition | 400.00 | 0.80 | 320.00 | Billable |
| 11/17/2017<br>14438 | Siegmeister, Ri<br>Meeting with<br>with clients to discuss hearing in state court, forged note and other matters<br>Reference:    Asset Disposition | 400.00 | 1.10 | 440.00 | Billable |
| 11/21/2017<br>14436 | Siegmeister, Ri<br>Research<br>issues for hearing in state court to reinstate and schedule sale.<br>Reference:    Asset Disposition | 400.00 | 1.10 | 440.00 | Billable |
| 11/22/2017<br>14435 | Siegmeister, Ri<br>Appear at hearing<br>Prepare for and attend hearing in state court to set foreclosure sale MERFE. Meet with counsel and mr. Hernandez and MERFE principal<br>Reference:    Asset Disposition | 400.00 | 3.00 | 1,200.00 | Billable |
| 12/5/2017<br>14440 | Siegmeister, Ri<br>Review File<br>file, claims analysis individual obligation and to claims filed un-filed, asset ownership, individual and joint.<br>Reference:    Asset Disposition | 400.00 | 1.20 | 480.00 | Billable |

| 10/2/2018 | Richard Siegmeister P.A. | |
|---|---|---|
| 10:20 AM | Pre-bill Worksheet | Page    5 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/6/2017<br>14441 | Siegmeister, Ri<br>Review compose dictate<br>review email from Mr. Garcia (Merfe) compose and dictate response and<br>confidential settlement.<br>Reference:    Asset Disposition | 400.00 | 0.40 | 160.00 | Billable |

| Total: Asset Disposition | | 10.20 | | $4,080.00 |
|---|---|---|---|---|

**Nickname 1: Business Operations**

| 1/6/2017<br>14467 | Siegmeister, Ri<br>Review compose dictate<br>Review file, documents of inspection of ALF, compose and dictate and file<br>Motion to determine Omsbudsman not necessary, compose dictate and<br>mail COS of service of Motion and notice of hearing.<br>Reference:    Business Operations | 400.00 | 0.90 | 360.00 | Billable |
|---|---|---|---|---|---|
| 3/2/2018<br>14505 | Siegmeister, Ri<br>Telephone call<br>tel call to client, review email in return directing ocnversatin with Mr.<br>Arslanian<br>Reference:    Business Operations | 400.00 | 0.40 | 160.00 | Billable |

| Total: Business Operations | | 1.30 | | $520.00 |
|---|---|---|---|---|

**Nickname 1: Case Administration**

| 12/16/2016<br>14463 | Siegmeister, Ri<br>Meeting with<br>with clients to discuss situation with clients review documents advise re<br>filing chapter 11 begin preparation of petition.<br>Reference:    Case Administration | 400.00 | 2.50 | 1,000.00 | Billable |
|---|---|---|---|---|---|
| 12/16/2016<br>14169 | Siegmeister, Ri<br>Telephone Call From<br>From Anthony roca Esquire re filing chapter 11 for clients, over chater 13,<br>plan not feasible, clients present at Roca's during conversatin, reviewed<br>docs from him.<br>Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 12/17/2016<br>14170 | Siegmeister, Ri<br>Meeting with<br>Meeting with clients, review documents, discuss issues, being a debtor in<br>Chapter 11, prepare emergency filing, and other matters.<br>Reference:    Case Administration | 400.00 | 3.60 | 1,440.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| 10/2/2018 | | Richard Siegmeister P.A. | | | |
| 10:20 AM | | Pre-bill Worksheet | | | Page    6 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/17/2016<br>14171 | Siegmeister, Ri<br>Review compose dictate<br>file case and compose dictate, file call and send suggestions of Banruptcy.<br>Reference:    Case Administration | 400.00 | 1.30 | 520.00 | Billable |
| 12/19/2016<br>14464 | Siegmeister, Ri<br>Review<br>notice of deficiency and deadlines to cure (ECF 6)<br>Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 12/21/2016<br>14173 | Siegmeister, Ri<br>Meeting with<br>with client re: AUST document requirements, DIP report preparation and filing, review and execute AUST documents; review and prepare schedules and other matters.<br>Reference:    Case Administration | 400.00 | 2.20 | 880.00 | Billable |
| 12/22/2016<br>14465 | Siegmeister, Ri<br>Review compose dictate<br>amend petition and file<br>Reference:    Case Administration | 400.00 | 1.30 | 520.00 | Billable |
| 12/27/2016<br>14180 | Siegmeister, Ri<br>Review<br>Defieicency Notice and deadlines to cure; OSC and notice setting hearing to appoint ombudsman; calender dates, call to J Amongol Esquire re OSC.<br>Reference:    Case Administration | 400.00 | 0.70 | 280.00 | Billable |
| 12/28/2016<br>14466 | Siegmeister, Ri<br>Compose & Dictate<br>motion, affidavit and proped order and file same.<br>Reference:    Case Administration | 400.00 | 0.60 | 240.00 | Billable |
| 12/28/2016<br>14181 | Siegmeister, Ri<br>Review<br>Motion to Appoint ombudsman OSC, call to and from J Amangol, Esquire (AUST) re same; compose and dictate email to client re same and IDI metting<br>Reference:    Case Administration | 400.00 | 0.90 | 360.00 | Billable |
| 1/3/2017<br>14187 | Siegmeister, Ri<br>Meeting with<br>with client review documents, compose and dictate IDI documents compliance; discuss with clients conduct of case.  Tel call To S.   Kesep (AUST),re IDI meeting; compose and dictate Email ltr to J Amamgol (AUST), re Ombudsman questions with documents.  Compose and dictate two email ltrs to S, Kesep re IDI document responses.<br>Reference:    Case Administration | 400.00 | 2.30 | 920.00 | Billable |

10/2/2018                                Richard Siegmeister P.A.
10:20 AM                                 Pre-bill Worksheet                                  Page      7

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/3/2017<br>14191 | Siegmeister, Ri<br>Compose & Dictate<br>Email ltr to J amamgol (AUST) re Status of ALF docs. composed dictate and file Motion for extension of time to file documents and upload proposed order<br>Reference:    Case Administration | 400.00 | 0.70 | 280.00 | Billable |
| 1/4/2017<br>14192 | Siegmeister, Ri<br>Meeting with<br>prepare clients for including completion of necessary documents and forms and attend with clients IDI meeting at Office of United States Trustee.<br>Reference:    Case Administration | 400.00 | 2.30 | 920.00 | Billable |
| 1/4/2017<br>14193 | Siegmeister, Ri<br>Meeting with<br>Review email from J Amangol (AUST) re appointment of ombudsman. Compose and dictate Motion regarding appointment of Ombudsman. Meeting with clients to discuss judgment creditor and possible resolutions to problem that caused filing.<br>Reference:    Case Administration | 400.00 | 2.10 | 840.00 | Billable |
| 1/12/2017<br>14202 | Siegmeister, Ri<br>Appear at hearing<br>prepare for and appear at hearing re motion that Ombudsman not be appointed, compose and dictate order re same.<br>Reference:    Case Administration | 400.00 | 3.00 | 1,200.00 | Billable |
| 1/13/2017<br>14206 | Siegmeister, Ri<br>Review compose dictate<br>Input from AUST re proposed order on Ombudsman - compose and dictate same.<br>Reference:    Case Administration | 400.00 | 0.50 | 200.00 | Billable |
| 1/13/2017<br>14204 | Siegmeister, Ri<br>Meeting with<br>further preparation and review of petition and other matters.<br>Reference:    Case Administration | 400.00 | 0.80 | 320.00 | Billable |
| 1/17/2017<br>14469 | Siegmeister, Ri<br>Review compose dictate<br>file and documents from client, compose dictate and file remainder of required documents.<br>Reference:    Case Administration | 400.00 | 1.70 | 680.00 | Billable |
| 1/17/2017<br>14210 | Siegmeister, Ri<br>Review compose dictate<br>review file and information from client. compose, dictate and file case management summary.<br>Reference:    Case Administration | 400.00 | 0.80 | 320.00 | Billable |

10/2/2018                             Richard Siegmeister P.A.
10:20 AM                           Pre-bill Worksheet                      Page    8

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date / ID | ATTORNEY / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/18/2017 14471 | Siegmeister, Ri<br>Review compose dictate<br>review file compose and dictate and file case management Summary.<br>Reference:   Case Administration | 400.00 | 0.80 | 320.00 | Billable |
| 1/18/2017 14470 | Siegmeister, Ri<br>Review<br>order granting motion to waiv Ombusdmsn (ecf 31) discharging OSC (32)<br>Reference:   Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 1/20/2017 14213 | Siegmeister, Ri<br>Meeting with<br>with clients re DIP preparation, results of 341 mtg, possible plans for completion or exit from Chapater 11 and dealing with Merfe.<br>Reference:   Case Administration | 400.00 | 2.30 | 920.00 | Billable |
| 2/14/2017 14223 | Siegmeister, Ri<br>Telephone Call From<br>Debtor in possession report and to make appointment.<br>Reference:   Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 2/16/2017 14226 | Siegmeister, Ri<br>Meeting with<br>clients to discuss claims, case management, DIP reports, and other matters.<br>Reference:   Case Administration | 400.00 | 2.10 | 840.00 | Billable |
| 3/9/2017 14251 | Siegmeister, Ri<br>Telephone call<br>from client with issues and sale of property.<br>Reference:   Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 3/24/2017 14461 | Siegmeister, Ri<br>Meeting with<br>with clients re preparation and filing of deptor in possession reports.<br>Reference:   Case Administration | 400.00 | 1.00 | 400.00 | Billable |
| 5/18/2017 14372 | Siegmeister, Ri<br>Meeting with<br>clients to discuss status of adversary by MERFE; Perez case, Centro Church foreclsoure; possible methods of liquidating assets and settling of various claims.<br>Reference:   Case Administration | 400.00 | 1.80 | 720.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| 10/2/2018 | | Richard Siegmeister P.A. | | | |
| 10:20 AM | | Pre-bill Worksheet | | | Page    9 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date ID | ATTORNEY Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/14/2017 14460 | Siegmeister, Ri Meeting with  with clients. Reference:    Case Administration | 400.00 | 1.00 | 400.00 | Billable |
| 7/18/2017 14472 | Siegmeister, Ri Review notice of appearance by attys Read and dunn on behalf Dunn as trustee in Perez case. Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 10/3/2017 14473 | Siegmeister, Ri Review rview and file DIP reports 12/16 1/17, 2/17, 3/17, 4/17, 5/17, 6/17/ 7/17 Reference:    Case Administration | 400.00 | 0.60 | 240.00 | Billable |
| 10/4/2017 14475 | Siegmeister, Ri Review review and file DIP for 8/17 and 9/17 Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 10/6/2017 14458 | Siegmeister, Ri Meeting with  with clients Reference:    Case Administration | 400.00 | 1.00 | 400.00 | Billable |
| 11/13/2017 14431 | Siegmeister, Ri Meeting with meeting with clients re status of case , state reopening , objection to MERFE, US attorney, and other matters. plan Reference:    Case Administration | 400.00 | 1.50 | 600.00 | Billable |
| 11/15/2017 14432 | Siegmeister, Ri Review compose dictate email from client re AUST fees and Deed and note, compose and dictate email to client re same. Reference:    Case Administration | 400.00 | 0.40 | 160.00 | Billable |
| 11/28/2017 14437 | Siegmeister, Ri Compose & Dictate review email from clients compose and dictate response. Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 12/1/2017 14439 | Siegmeister, Ri Meeting with re status of case.  Possible solution  for dealing with creditors and plan. Reference:    Case Administration | 400.00 | 1.70 | 680.00 | Billable |

| | | | | |
|---|---|---|---|---|
| 10/2/2018 | | Richard Siegmeister P.A. | | |
| 10:20 AM | | Pre-bill Worksheet | | Page    10 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/28/2017<br>14476 | Siegmeister, Ri<br>Review compose dictate<br>file compose and dictate FRCP intial disclosure and file.<br>Reference:    Case Administration | 400.00 | 0.60 | 240.00 | Billable |
| 1/2/2018<br>14480 | Siegmeister, Ri<br>Review<br>Adversary complaint file against Perez by Trustee, supplemental filings in MERFE case. Email from trustee dunn<br>Reference:    Case Administration | 400.00 | 0.50 | 200.00 | Billable |
| 6/12/2018<br>14596 | Siegmeister, Ri<br>Appear at hearing<br>prepare for and appear at meeting of creditors.<br>Reference:    Case Administration | 400.00 | 2.00 | 800.00 | Billable |
| 6/13/2018<br>14605 | Siegmeister, Ri<br>Review compose dictate<br>review emergency motion to compel turnover, email to client re same.<br>Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 6/13/2018<br>14604 | Siegmeister, Ri<br>Compose & Dictate<br>review notice compose and dictate email to client re hearing re turnover.<br>Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 6/19/2018<br>14603 | Siegmeister, Ri<br>Compose & Dictate<br>email lettr to client re Order compelling turnover (ECF 81) R2004 exam TD Bank (ECF 85), and COS.<br>Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 6/19/2018<br>14602 | Siegmeister, Ri<br>Compose & Dictate<br>response to emails from Atty Bakst (Trustee) and telphone call with him.<br>Reference:    Case Administration | 400.00 | 0.40 | 160.00 | Billable |
| 6/20/2018<br>14599 | Siegmeister, Ri<br>Review<br>Notice of hearing re turnover of propertyECF 91 & 90 and Motion<br>Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |
| 6/20/2018<br>14600 | Siegmeister, Ri<br>Review<br>Notice of hearing and motion to compel compliance with Emergency motion for turnover ECF 67 and 68<br>Reference:    Case Administration | 400.00 | 0.30 | 120.00 | Billable |

| 10/2/2018 | Richard Siegmeister P.A. | |
|---|---|---|
| 10:20 AM | Pre-bill Worksheet | Page  11 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date ID | ATTORNEY Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/22/2018 14597 | Siegmeister, Ri Appear at hearing prepare for and appear via court call at emergency hearing for turnover by trustee. Reference:    Case Administration | 400.00 | 2.00 | 800.00 | Billable |
| 6/22/2018 14601 | Siegmeister, Ri Review compose dictate file, court file, and pleadings and other communication. Compose and dictate email letter to client re same and representation. Reference:    Case Administration | 400.00 | 0.60 | 240.00 | Billable |
| Total: Case Administration | | | 51.50 | | $20,600.00 |

Nickname 1: Claims Administration And Objections

| Date ID | ATTORNEY Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/15/2017 14225 | Siegmeister, Ri Meeting with atty petit (Merfe) to discuss claim. Reference:    Claims Administration And Objections | 400.00 | 0.30 | 120.00 | Billable |
| 3/21/2017 14261 | Siegmeister, Ri Review proposed adversary by Merfe Reference:    Claims Administration And Objections | 400.00 | 0.60 | 240.00 | Billable |
| 4/12/2017 14282 | Siegmeister, Ri Review claims 4 and 5 from PRA reeivable unecured for schyncronosity bank Reference:    Claims Administration And Objections | 400.00 | 0.30 | 120.00 | Billable |
| 5/19/2017 14373 | Siegmeister, Ri Review compose dictate review invoice from Target. compose dictate letter filing of Chpater 11 and automatic stay. Reference:    Claims Administration And Objections | 400.00 | 0.30 | 120.00 | Billable |
| 11/15/2017 14433 | Siegmeister, Ri Review compose dictate Review Notice of deadline to file Claim in G Perez BR. compose and dictate email to clients re same. Reference:    Claims Administration And Objections | 400.00 | 0.40 | 160.00 | Billable |
| Total: Claims Administration And Objections | | | 1.90 | | $760.00 |

| 10/2/2018 | Richard Siegmeister P.A. | |
|---|---|---|
| 10:20 AM | Pre-bill Worksheet | Page    12 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: Fee/Employment/Objections** | | | | | |
| 1/18/2017<br>14208 | Siegmeister, Ri<br>Appear at hearing<br>hearing re Motion to Appoint Attorney.<br>Reference:    Fee/Employment/Objections | 400.00 | 3.00 | 1,200.00 | Billable |
| 10/2/2018<br>14674 | Siegmeister, Ri<br>Review compose dictate<br>review file compose and dictate fee application.<br>Reference:    Fee/Employment/Objections | 400.00 | 1.50 | 600.00 | Billable |
| **Total: Fee/Employment/Objections** | | | 4.50 | | $1,800.00 |
| **Nickname 1: Litigation** | | | | | |
| 5/14/2017<br>14370 | Siegmeister, Ri<br>Research<br>statutory and case law re filing out of time Adversary complaint against Perez.<br>Reference:    Litigation | 400.00 | 1.20 | 480.00 | Billable |
| 5/16/2017<br>14369 | Siegmeister, Ri<br>Review compose dictate<br>review file, court files for Perez examining petition, Schedules and iterations thereof, and statements of financial affairs, deadlines in his case, adversary complaints against compose and dictate Notice of appearance; first draft of Motion to allow out of time adversary complaint objecting to discharge.<br>Reference:    Litigation | 400.00 | 2.90 | 1,160.00 | Billable |
| 6/20/2018<br>14598 | Siegmeister, Ri<br>Review<br>email from trustee re depo dates and R 2004 Exame<br>Reference:    Litigation | 400.00 | 0.30 | 120.00 | Billable |
| **Total: Litigation** | | | 4.40 | | $1,760.00 |
| **Nickname 1: Meeting of Creditors** | | | | | |
| 1/18/2017<br>14209 | Siegmeister, Ri<br>Appear at hearing<br>prepare for and attend meeting of creditor, meeting also with client before and after and attroney Petit (Merfr construction creditor) re possible resolution of its claim.<br>Reference:    Meeting of Creditors | 400.00 | 3.00 | 1,200.00 | Billable |
| **Total: Meeting of Creditors** | | | 3.00 | | $1,200.00 |

| 10/2/2018 | Richard Siegmeister P.A. | |
|---|---|---|
| 10:20 AM | Pre-bill Worksheet | Page    13 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| Date<br>ID | ATTORNEY<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Nickname 1: Perez 16-20049-BKC-LMI | | | | | |
| 12/29/2017<br>14479 | Siegmeister, Ri<br>Review compose dictate<br>File inclduding dockets and documents in Perez, merfre, regions, and La roca. compose and dctate Rule 2004 exam of perez and file claim in Perez case. email from Perez trustees atty, compose and dictate email to Arslanian and clients re same.<br>Reference:     Perez 16-20049-BKC-LMI | 400.00 | 3.20 | 1,280.00 | Billable |
| 1/2/2018<br>14482 | Siegmeister, Ri<br>Review compose dictate<br>email from D Mendez Esquire (Perez) compose and dictate response.<br>Reference:     Perez 16-20049-BKC-LMI | 400.00 | 0.40 | 160.00 | Billable |
| 1/3/2018<br>14483 | Siegmeister, Ri<br>Review compose dictate<br>email from S mendez Esquire (Perez) compose and dictate response.<br>Reference:     Perez 16-20049-BKC-LMI | 400.00 | 0.50 | 200.00 | Billable |
| Total: Perez 16-20049-BKC-LMI | | | 4.10 | | $1,640.00 |
| TOTAL | Billable Fees | | 110.10 | | $44,040.00 |

| Date<br>ID | ATTORNEY<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Nickname 1: 08-4150 | | | | | |
| 3/16/2018<br>14515 | Siegmeister, Ri<br>Transcripts<br>Transcript of Mtg of creditors<br>Reference:     08-4150 | 311.00 | 1.000 | 311.00 | Billable |
| Total: 08-4150 | | | | | $311.00 |
| Nickname 1: Case Administration | | | | | |
| 12/17/2016<br>14462 | Siegmeister, Ri<br>Filing Fees BR<br>Pay Filing Fee<br>Reference:     Case Administration | 1717.00 | 1.000 | 1,717.00 | Billable |
| Total: Case Administration | | | | | $1,717.00 |

| | | |
|---|---|---|
| 10/2/2018 | Richard Siegmeister P.A. | |
| 10:20 AM | Pre-bill Worksheet | Page    14 |

MORALES J & M:Jaun Carlos Morales & Mirtha Morales (continued)

| | Amount | Total |
|---|---:|---:|
| TOTAL    Billable Costs | | $2,028.00 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|---:|---:|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $44,040.00 | |
| Total of Fees (Time Charges) | | $44,040.00 |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable expense slips | $2,028.00 | |
| Total of Costs (Expense Charges) | | $2,028.00 |
| Total new charges | | $46,068.00 |
| New Balance | | |
| Current | $46,068.00 | |
| Total New Balance | | $46,068.00 |