UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-26663-BKC-AJC
CHAPTER 7

IN RE:
JUAN C. MORALES
and MIRTHA MORALES
    Debtors.
_____/

## DEBTORS' MOTION TO ALLOW DEBTORS STATE COURT COUNSEL TO FILE A MALPRACTICE CASE

The Debtors, JUAN and MIRTHA MORALES, by and through the undersigned attorney, request this Honorable Court enter an Order to allow Debtors' State Court Counsel to file a Mal-Practice case and states:

1.    The Debtors filed a Chapter 11 on December 17, 2016 and the case was converted to a Chapter 7 on May 11, 2018.

2.    The Debtors have scheduled a malpractice claim against Reiner and Reiner, P.A., and Samuel B. Renier II, on schedule "B".

3.    Micahel Bakst was hired as counsel for the chapter 7 trustee, Soneet Kapila.

4.    Mr. Bakst has not made a determination whether to abandon the estates interest in this malpractice lawsuit.

5.    Due to the fact that the Statute of limitations may be close to expiring, Luis Arslanian has filed the attached Complaint against *Reiner and Reiner and Samuel B. Reiner, II*, filed in the Circuit Court of the 11th Judicial Circuit Court in and for Miami-Dade County, Florida, case number 2018-039738-CA-01.

6.    The Chapter 7 trustee has requested the undersigned to obtain an Order from this Court to allow the Chapter 7 Trustee to substitute as a party Plaintiff in the State Court action should this malpractice claim be retained by the estate.

WHEREFORE, the Debtors request this Honorable Court to enter an Order to allow Debtors' State Court Counsel to file a Malpractice case and any other relief this Court deems just.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) were sent via email to Michael Bakst, counsel for Trustee at efileu1094@gmlaw.com, Rilyn A. Carnahan, counsel for Trustee at rilyn.carnahan@gmlaw.com, Michael P, Dunn, counsel for Marcia Dunn at michael.dunn@dunnlawpa.com Soneet Kapila, Trustee at trustee@kapilaco.com, Alexis S. Read, counsel for Marcia T. Dunn at Alexis.read@dunnlawpa.com, and all others set forth in the NEF, this 30th day of November 2018 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to all creditors..

        LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
            & RODOLFO H. DE LA GUARDIA, JR.
            Attorneys for the Debtor
            Suite 620 • Union Planters Bank Building
            10 Northwest LeJeune Road
            Miami, FL 33126-5431
            Telephone (305) 443-4217
            Email- Pleadings@bkclawmiami.com

        By:   /s/   Michael J. Brooks
            Michael J. Brooks
            Florida Bar No. 434442