

**ORDERED in the Southern District of Florida on January 23, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                            CASE NO. 16-26663-BKC-AJC

JUAN C. MORALES and                              CHAPTER 7
MIRTHA MORALES,
d/b/a J.C. & C. ALF, LLC,

     Debtor(s).
_____/

### ORDER GRANTING CREDITORS, MERFE ENTITIES, MOTION FOR RELIEF FROM STAY

**THIS MATTER** came before the Court without a hearing on the motion of Merfe Construction Corp. (***"Merfe"***) and Merfe Construction, Inc., (***"Merfe, Inc."***) (jointly referred to as ***"the MERFE Entities"***), for relief from the automatic stay [ECF No. 167] (the ***"Motion"***). The Court, having reviewed the Motion, the Trustee's Limited Objection to the Motion [ECF No. 172] (the ***"Limited Objection"***), the case file, being advised that the Trustee agrees to the

entry of this Order, and noting that there have been no other objections or responses to the Motion and that service of the Motion was proper, does

### ORDER AS FOLLOWS:

1. The Motion is **GRANTED.**

2. The automatic stay imposed by 11 U.S.C. §362(a) has been lifted as a result of the Debtors' discharge being denied pursuant to the Discharge Judgment.[1] *See* 11 U.S.C. §362(c)(2)(C). The MERFE Entities may continue to litigate the Prepetition Case and the Second State Court case, as well as bring any other actions they may have against the Debtors.

3. For the avoidance of doubt, this Order does not lift the automatic stay to allow the Merfe Entities to pursue any action against property of the estate and does not ratify or provide *nunc pro tunc* relief for any action that may have been taken by the Merfe Entities against property of the estate post-petition.

###

**Submitted By:**
Daniel N. Gonzalez, Esq.
Fla. Bar No: 0592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for MERFE Entities*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
Attorney Daniel N. Gonzalez, Esq., is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.

---

[1] All capitalized terms defined herein shall have the same meaning ascribed to them in the Motion, unless otherwise defined.