

**ORDERED in the Southern District of Florida on April 3, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:                                           Case No.: 16-26663-AJC
                                                 Chapter 7
JUAN C. AND MIRTHA MORALES,

    Debtors.
_____/

## ORDER APPROVING STIPULATION TO COMPROMISE CONTROVERSY

THIS MATTER came before the Court in Miami, Florida, upon the Trustee's *Motion to Approve Stipulation to Compromise Controversy* (the "Motion"), and the movant by submitting this form of order having represented that the motion was served on all parties required by Bankruptcy Rule 2002 or Local Rule 2002-1(H), (I) or (J), that the 21 day response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion, and the Court being otherwise fully advised in the premises it is,

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. The Stipulation to Compromise Controversy attached to the Motion as Exhibit "A" is **APPROVED** in its entirety, and its terms are hereby incorporated by reference into this Order in their entirety.

3. The Court hereby approves the Stipulation between Soneet R. Kapila, Trustee in Bankruptcy for Juan and Mirtha Morales (the "Trustee"), and Merfe Construction Corp. aka Merfe Construction, Inc. (the "Defendant" or "Merfe"). The Court finds that the Stipulation is in the best interest of the creditors and the estate. The Stipulation's terms are incorporated by reference in this Order.

4. The settlement shall resolve the adversary proceeding 18-01433-AJC against Merfe Construction Corp. aka Merfe Construction, Inc. in its entirety, resulting in a final judgment incorporating the applicable terms of the Stipulation.

5. The Court finds that all creditors have been duly and properly noticed of the Motion, the Stipulation, and the proposed settlement.

6. The Court finds that a separate order shall be entered granting the Final Judgment.

7. The Court reserves jurisdiction over the parties and over the cause for the purposes of enforcing the terms and covenants contained within the Stipulation.

###

Submitted by:
Michael R. Bakst, Esq.
Greenspoon Marder LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Telephone: (561) 838-4523

[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]

**Electronic Mail Notice List**

- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com;efileu2299@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;nnayor@dunnlawpa.com;joel.knee@dunnlawpa.com
- Michael A. Frank    pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com
- Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;dgonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Michael MG Petit    michael@michaelgarciapetitpa.com
- Alexis S Read    alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
- Richard Siegmeister    rspa111@att.net, rspa-ernest@att.net

**Manual Notice List**

skapila@kapilamukamal.com
Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

**All Creditors and Interested Parties listed on the Court's Mailing Matrix**