

ORDERED in the Southern District of Florida on April 9, 2019.

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION
www.flsb.uscourts.gov

In re:                                         Case No.: 16-26663-AJC
                                               Chapter 7 proceeding
JUAN AND MIRTHA MORALES,

    Debtor.
_____/

### AMENDED AGREED FINAL JUDGMENT

THIS MATTER came before the Court in Miami, Florida, upon the Trustee's *Motion to Approve Stipulation to Compromise Controversy* (the "Motion"), and the movant by submitting this form of order having represented that the Motion was served on all parties required by Bankruptcy Rule 2002 or Local Rule 2002-1(H), (I) or (J), that the 21-day response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion, and the Court being otherwise fully advised in the premises it is,

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to separate order, the Court has granted the Motion.

2. The Stipulation to Compromise Controversy (the "Stipulation") attached to the Motion as Exhibit "A" is **APPROVED** in its entirety, and its terms are hereby incorporated by reference into this order in their entirety.

3. Final Judgment is hereby entered in favor of Soneet R. Kapila, Trustee in Bankruptcy for Juan and Mirtha Morales against Merfe Contruction Corp. aka Merfe Construction, Inc. ("Merfe") as set forth below.

4. The Court finds as follows:

(a) Merfe is allowed a priority unsecured claim in the amount of $40,000.00;

(b) any lien perfection of Merfe obtained through the Summary Judgment Order[1] against Ms. Morales recovering an ownership interest within JC&C Investments, LLC ("JC&C") is set aside, avoided, recovered and preserved for the benefit of the estate pursuant to 11 U.S.C. §§550 and 551. This ruling does not, shall not, and is not intended to have any effect upon the Summary Judgment Order entered within the State Court which set aside the fraudulent transfer of Ms. Morales' 100% ownership interest within JC&C, such that the estate is the 100% owner of all ownership interests within JC&C pursuant to 11 U.S.C.§541.

(c) Merfe shall not hold any claim of right, title, lien or interest as to the membership/ownership interest of the estate within JC&C;

(d) any lien created by the Charging Order in favor of Merfe upon the estate's ownership/membership interest within JC&C is void as having been entered post-petition, and to the extent deemed necessary by the Trustee, such lien is set aside, avoided, recovered and preserved for the benefit of the estate pursuant to11 U.S.C. §§550 and 551;

---

[1] All capitalized terms used in this Order shall have the same meaning ascribed to them in the Stipulation, unless otherwise defined.

(e) any secured claim of Merfe is disallowed and Merfe's Claim is allowed as a general unsecured claim;

(f) the Trustee shall retain the authority to seek a reduction in the amount of Merfe's Claim, not including the priority unsecured claim referenced above of $40,000.00 (which is allowed and liquidated), based upon Merfe's $300,000.00 equitable lien so long as such lien exists, without prejudice to any defenses or objections to same that Merfe may assert; and

(g) all distributions on Merfe's priority unsecured claim or Claim shall be made to the trust account of Meland, Russin & Budwick, P.A.

7. The Court reserves jurisdiction to enforce this final judgment.

###

Submitted by:
Michael R. Bakst, Esq.
Greenspoon Marder LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
Telephone: (561) 838-4523

[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]

**Electronic Mail Notice List**

- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com;efileu2299@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;nnayor@dunnlawpa.com;joel.knee@dunnlawpa.com
- Michael A. Frank    pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com
- Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;dgonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Michael MG Petit    michael@michaelgarciapetitpa.com
- Alexis S Read    alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
- Richard Siegmeister    rspa111@att.net, rspa-ernest@att.net

**Manual Notice List**

skapila@kapilamukamal.com
Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

**All Creditors and Interested Parties listed on the Court's Mailing Matrix**