UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-26663-BKC-AJC
CHAPTER 7

IN RE:
JUAN C. MORALES
and MIRTHA MORALES
    Debtors.                             **EMERGENCY HEARING REQUESTED**
_____/

**DEBTORS' EMERGENCY MOTION TO ALLOW FINANCING OF REAL PROPERTY**
(Emergency as the Chapter 7 Trustee has asked that this Motion be filed as an emergency so the Debtors can get the proceeds to pay the stipulated amount to pay the Trustee to payoff the Debtors creditors to resolve this Chapter 7 case. Further, the closing is scheduled for Friday, April 26, 2019.)

      The Debtors, JUAN and MIRTHA MORALES, move this Honorable Court for an Order allowing Financing of Real Property and states:

      1.      The Debtors filed a Petition under Chapter 13 of the United States Bankruptcy Code on December 17, 2016.

      2.      The Debtors own an LLC, property of the estate. The LLC owns real property, which is owned free and clear.

      3.      The Debtors are proposing to finance this property and borrow $450.000.00 to pay the Chapter 7 Trustee $407,888.96. The balance of the proceeds will be used for closing costs.

      4.      There are two creditors in this case, Regions Bank and MERFE Construction Corp., who will be paid from the proceeds of this financing.

      5.      The Chapter 7 Trustee, through his attorney, Michael Baskt, is fully aware of the circumstances surrounding the financing of their property and has no objection to an order being entered in this case.

1

## CERTIFICATION OF LOCAL RULE 9075-I

6. The emergency nature of this motion is that the Chapter 7 Trustee has asked that this Motion be filed as an emergency so the Debtors can get the proceeds to pay the stipulated amount to pay the Trustee to payoff the Debtors creditors to resolve this Chapter 7 case. Further, the closing is scheduled for this Friday, April 26, 2019.

WHEREFORE, the Debtors request that this Court enter an order allowing the Debtors' to refinance their real property.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) were sent via email to Michael Bakst, counsel for Trustee at efileu1094@gmlaw.com, Rilyn A. Carnahan, counsel for Trustee at rilyn.carnahan@gmlaw.com, Michael P, Dunn, counsel for Marcia Dunn at michael.dunn@dunnlawpa.com Soneet Kapila, Trustee at trustee@kapilaco.com, Alexis S. Read, counsel for Marcia T. Dunn at Alexis.read@dunnlawpa.com, and all others set forth in the NEF, this 23rd day of April 2019 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to all creditors..

        LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
           & RODOLFO H. DE LA GUARDIA, JR.
        Attorneys for the Debtor(s)
        Suite 620 • Union Planters Bank Building
        10 Northwest LeJeune Road
        Miami, FL 33126-5431
        Telephone (305) 443-4217
        Facsimile   (305) 443-3219
        Email- Pleadings@bkclawmiami.com


By _____
   Michael A. Frank
   Florida Bar No. 339075