# DRG CAPITAL INC.

JC & C Investments
Juan Carlos Morales
158 W. 10 Street
Hialeah, Fl 33010

**RE: 158 W. 10 Street Hialeah, FL 33010**

Dear Juan Carlos Morales,

DRG Capital its affiliates and/or assigns (DRG or "Lender") is interested in providing financing on the property. This proposal outlines the general terms and conditions under which lender shall proceed.

## LOAN COMMITMENT

**Borrower: JC & C Investments LLC**

**Property: 158 W. 10 Street Hialeah, FL 33010**

**Folio#: 04-3118-014-0040**

**Loan Amount: $450,000**

**Loan to Value:** The loan shall not exceed 70% of appraised value.

**Maturity: 2 year balloon interest only no escrows**

**Interest Rate: 10.50%**

**Loan Fee: 2% of loan amount**

**Commitment Fee:** $2450 For appraisal balance will be credited at closing

**Exit Fee: N/A**

Page 1 of 3

**Security:** The Loan shall be secured by a first mortgage on the Property. The mortgage and security interest shall constitute valid first liens, subject to no other liens or encumbrances, on the good and marketable title to the Subject Property. No additional secondary financing will be permitted during the term of the loan, either secured or unsecured.

**Prepayment:** 6 months after 6 months no prepay

**Due Dilegence:** Due Diligence MAY include but not be limited to Lender completing, to its sole and absolute satisfaction, a complete review of the property and the surrounding market, title and insurance.

**Broker:** DRG Capital Inc

**Documentation:** Upon Borrower's acceptance of this letter and payment of the Deposits as outlined herein, Lender shall commence its Due Diligence and the Documentation of the loan based on terms outlined herein. Such documentation shall include Lender's standard loan documentation, and shall include but shall not be limited to, a mortgage, mortgage note, an opinion letter from Borrower's counsel, Borrower's covenants and representations in affidavit form, and other documents, instruments and/or undertakings. All of the forgoing shall be required by and shall be in a form acceptable to Lender in its sole and absolute discretion. Appraisals submitted by Broker, will be reviewed by DRG Capital and DRG Capital will determine if additional appraisal is required.

**Guarantor:** Juan Carlos Morales

**Closing:** Closing shall be on or before 4/10/2019.

Page 2 of 3

This proposal shall expire on 4/28/19. Please indicate your acceptance of this proposal by signing and returning same to my attention.

Sincerely,
DRG Capital Inc.
By: *[signature]*
Name: Daniel R Gonzalez
Title: President
Date: 3/15/19

Accepted and Agreed: Borrower

*[signature]* 3/15/19

Name: Juan Carlos Morales  Date:
Accepted and Agreed: Guarantor

_____
Date

Page 3 of 3