UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-26663-BKC-AJC

CHAPTER 7

IN RE:

JUAN C. MORALES
and MIRTHA MORALES

    Debtors.
_____/

**DEBTORS' MOTION TO PROHIBIT THE CHAPTER 7 TRUSTEE FROM DISBURSING SETTLEMENT PROCEEDS TO CREDITORS**

The Debtors, JUAN and MIRTHA MORALES, by and through the undersigned attorney, request this Honorable Court enter an Order to prohibit the Chapter 7 Trustee from Disbursing Settlement Proceeds to Creditors and states:

1. The Debtors filed a Chapter 11 on December 17, 2016 and the case was converted to a Chapter 7 on May 11, 2018.

2. An Order was entered by this Court granting Trustee's Emergency Motion to Approve Stipulation to Compromise Controversy, [ECF 198], dated May 6, 2019.

3. The Debtors request that the Chapter 7 Trustee hold all proceeds from the settlement until the State Court Litigation has been concluded, which will determine whether the co-debtor owes money to the two creditors that have filed claims, i.e., MERFE Construction Corp., and Regions Bank.

WHEREFORE, the Chapter 7 Trustee should be prohibited from disbursing funds to MERFE Construction Corp., and Regions Bank, N.A., until the State Court litigation and any appeals that have been concluded. Nothing herein prohibits the Chapter 7 Trustee

from receiving any earned fees or expended costs awarded by this court to either the Chapter 7 Trustee or any of his representatives.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) were sent via email to Michael Bakst, counsel for Trustee at efileu1094@gmlaw.com, Rilyn A. Carnahan, counsel for Trustee at rilyn.carnahan@gmlaw.com, Michael P, Dunn, counsel for Marcia Dunn at michael.dunn@dunnlawpa.com Soneet Kapila, Trustee at trustee@kapilaco.com, Alexis S. Read, counsel for Marcia T. Dunn at Alexis.read@dunnlawpa.com, and all others set forth in the NEF, this 29th day of May 2019 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to all creditors..

> LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
> & RODOLFO H. DE LA GUARDIA, JR.
> Attorneys for the Debtor
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126-5431
> Telephone (305) 443-4217
> Email- Pleadings@bkclawmiami.com
>
>
> By:    /s/   Michael J. Brooks
>        Michael J. Brooks
>        Florida Bar No. 434442