

**ORDERED in the Southern District of Florida on June 28, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-26663-BKC-AJC
CHAPTER 13

IN RE:
JUAN C. MORALES
and MIRTHA MORALES,
    Debtors.
_____/

**AMENDED ORDER GRANTING DEBTORS EMERGENCY MOTION TO ALLOW FINANCING OF REAL PROPERTIES**
(amended to included 2 additional properties in paragraph 2)

THIS CAUSE having come on to be heard at 10:30 a.m., on May 2, 2019, on the Debtors' Emergency Motion to Allow Financing of Real Property, [ECF 189], having heard argument of counsel, and based upon the record, it is,

**ORDERED**:

1.    The Debtors' Emergency Motion to Allow Financing of Real Property is GRANTED.

2. The Debtors are authorized to enter into the financing of the real properties located at 158 W. 10th Street, Hialeah, FL 33010, and is more particularly described as:

**Lot 5, Block 41, STUDIO ADDITION TO TOWN OF HIALEAH, according to the Plat thereof as recorded in the Plat Book 9, at Page 5, of the Public Records of Miami-Dade County, Florida**,

the property located at 1655 West 44th Place, Unit 434, Hialeah, FL 33012, and is more particularly described as follows:

**Condominium parcel: Unit No. 434, EL SOL CONDOMINIUM, a Condominium according to the Declaration of Condominium recorded in Official Records Book 21928, Page 4422, and all amendments thereto, of the public records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto as set forth in the said Declaration,**

and the property located at 1655 West 44th Place, Unit 535, Hialeah, FL 33012, and is more particularly described as follows:

**Unit No. 535 of EL SOL CONDOMINIUM, a condominium according to the Declaration of Condominium thereof, as recorded in Official Record Book 21928 at Page 4422 of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto and all amendments thereto as set forth in said Declaration.**

3. The closing agent, at closing, shall transfer the amount due to the Trustee under the Court approved settlement agreement in the amount of $407,888.96, directly to the Trustee from the funds obtained from the financing. Such funds shall not go to the Debtors directly nor anyone else other than the Trustee.

### # # #

**Submitted by:**
Michael J. Brooks, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael J. Brooks, Esquire
Michael Bakst, Esquire
And to all creditors

Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all parties