

**ORDERED in the Southern District of Florida on July 17, 2019.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    CASE NO. 16-26663-BKC-AJC

JUAN C. MORALES and                                       CHAPTER 7
MIRTHA MORALES,
d/b/a J.C. & C. ALF, LLC,

      Debtor(s).
_____/

### ORDER DENYING DEBTORS' MOTION TO PROHIBIT THE CHAPTER 7 TRUSTEE FROM DISBURSING SETTLEMENT PROCEEDS TO CREDITORS

**THIS MATTER** came before the Court on July 16, 2019 at 10:30 a.m. upon the

Debtors' Motion to Prohibit the Chapter 7 Trustee from Disbursing Settlement Proceeds to

Creditors (the *"Motion"*) [ECF No. 204]. The Court, having reviewed the Motion and Merfe

Construction, Corp. a/k/a Merfe Construction, Inc.'s Response to the Motion [ECF No. 213],

having heard argument of counsel for the Debtors and Merfe, and being otherwise fully advised

in the premises, does

**ORDER AS FOLLOWS:**

1.    The Motion is **DENIED**, as provided below.

2.    The Trustee shall not make any distributions to creditors in this case sooner than twenty-one (21) days from the date of the entry of this Order, during which time the Debtors may file a motion for reconsideration of this Order.  Absent the filing of a motion for reconsideration by the Debtors within the aforementioned twenty-one (21) day time period, the Trustee can proceed to make distributions to allowed claim holders in this case in the normal course.

3.    The Court reserves jurisdiction to enforce the terms of this Order.

###

**Submitted By:**
Daniel N. Gonzalez, Esq.
Fla. Bar No: 0592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for MERFE Entities*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-6363
Telefax:      (305) 358-1221

**Copies Furnished To:**
Attorney Daniel N. Gonzalez, Esq., is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.