

**ORDERED in the Southern District of Florida on February 19, 2020.**

_A. Jay Cristol_
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              CASE NO. 16-26663-BKC-AJC

JUAN C. MORALES and                                  CHAPTER 7
MIRTHA MORALES,
d/b/a J.C. & C. ALF, LLC,

      Debtor(s).
_____/

**ORDER GRANTING IN PART, AND RESERVING RULING IN PART, ON MERFE CONSTRUCTION, CORP.'S A/K/A MERFE CONSTRUCTION, INC.'S MOTION (I) TO ENFORCE COURT'S ORDER APPROVING STIPULATION TO COMPROMISE CONTROVERSY DEEMING MERFE'S PROOF OF CLAIM ALLOWED; AND (II) TO DIRECT MIRTHA MORALES TO DISMISS
PENDING STATE COURT CASES**

**THIS MATTER** came before the Court on February 18, 2020 at 10:30 a.m. upon Merfe Construction, Corp. a/k/a Merfe Construction, Inc.'s (*"Merfe"*), Motion (I) to Enforce Court's Order Approving Stipulation to Compromise Controversy Deeming Merfe's Proof of Claim Allowed; and (II) to Direct Mirtha Morales to Dismiss Pending State Court Cases (the *"Motion"*)[ECF No. 228]. The Court, having reviewed and considered the Motion and the

Debtor's Response to the Motion [ECF No. 233], having heard argument of counsel for Merfe and the Debtor, and being otherwise fully advised in the premises, does

**ORDER AS FOLLOWS:**

1. The Motion is **GRANTED IN PART,** as provided below.

2. The Trustee[1] is authorized to take all appropriate steps, including filing final fee applications, any necessary final tax returns and a final report, in order to close the instant case and make distributions to all allowed claim holders, including Merfe, whose claim has been previously allowed pursuant to this Court's Order Approving Stipulation to Compromise Controversy. *See* ECF No. 179.

3. The Court **RESERVES RULING** on whether it will order the Debtor to dismiss the Appeal and Fraud Case pending in State Court, and orders Merfe and the Debtor to file, by no later than March 10, 2020, competing memorandums on whether this Court has the ability to enter an order requiring the Debtor to dismiss the Appeal and Fraud Case.

4. The Court further reserves jurisdiction to enforce the terms of this Order.

###

**Submitted By:**
Daniel N. Gonzalez, Esq.
Fla. Bar No: 0592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for MERFE Entities*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:     (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
Attorney Daniel N. Gonzalez, Esq., is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.

---

[1] All capitalized terms used herein shall have the same meaning ascribed to them in the Motion, unless otherwise defined.