UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami-Dade DIVISION
www.flsb.uscourts.gov

In re:

JUAN C. AND MIRTHA MORALES,

    Debtors.

Case No. 16-26663-AJC

Chapter 7

_____/

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF
MEMORANDUM OF LAW IN SUPPORT OF MERFE CONSTRUCTION, CORP.'S
A/K/A MERFE CONSTRUCTION, INC.'S, MOTION (I) TO ENFORCE COURT'S
ORDER APPROVING STIPULATION TO COMPROMISE CONTROVERSY
DEEMING MERFE'S PROOF OF CLAIM ALLOWED; AND (II) TO DIRECT
MIRTHA MORALES TO DISMISS PENDING STATE COURT CASES [ECF NO. 238]**

    Merfe Construction, Corp. a/k/a Merfe Construction, Inc. (**"*Merfe*"**), by and through its undersigned counsel, files this Notice of Supplemental Authority in further support of Memorandum of Law In Support of Merfe Construction, Corp.'s a/k/a Merfe Construction, Inc.'s, Motion (I) to Enforce Court's Order Approving Stipulation to Compromise Controversy Deeming Merfe's Proof of Claim Allowed; and (II) to Direct Mirtha Morales to Dismiss Pending State Court Cases [ECF No. 238]. Merfe cites to *Meridian Investing & Development Corporation v. Suncoast Highland Corporation*, 628 F. 2d 370, 373 (5th Cir. 1980), for the proposition that "[t]he law is well settled that 'federal courts may enjoy the relitigation in state court of issues that federal courts have fully and finally adjudicated.'"

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 24, 2020, a true and correct copy of the foregoing

was served via the Court's Notice of Electronic Filing upon the Registered Users listed on <u>Exhibit</u>

<u>1</u>.

<u>s/ Daniel N. Gonzalez</u>
Daniel N. Gonzalez, Esquire
Florida Bar No. 0592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
200 South Biscayne Blvd., Ste. 3200
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Merfe Construction, Inc.*

## <u>EXHIBIT 1</u>

**Electronic Mail Notice List**

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

Johanna Armengol     Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
Michael R. Bakst     efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
Rilyn A Carnahan     rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
Michael P Dunn     michael.dunn@dunnlawpa.com,
rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com
Michael A. Frank     pleadings@bkclawmiami.com,
bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com
Daniel N Gonzalez     dgonzalez@melandrussin.com,
ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;dgonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
Soneet Kapila     trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
Michael MG Petit     michael@michaelgarciapetitpa.com
Alexis S Read     alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
Richard Siegmeister     rspa111@att.net, rspa-ernest@att.net